LYNN H. PASAHOW (CSB No. 054283)
J. DAVID HADDEN (CSB No. 176148)
DARREN E. DONNELLY (CSB No. 194335)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff
INFORMATICA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFORMATICA CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 02-03378 JSW<br><br>**[Proposed] ORDER ~~GRANTING~~ DENYING ADMINISTRATIVE RELIEF – BRIEFING OF IMPACT OF *PHILLIPS v. AWH CORP.* ON PROPOSED CLAIM CONSTRUCTIONS** |
| AND RELATED COUNTERCLAIMS. | |

1   The application of Informatica Corporation that each of the parties be permitted to file
2   additional simultaneous briefs on the impact of the holdings of the recent en banc opinion of the
3   United States Court of Appeals for the Federal Circuit in *Phillips v. AWH Corp.*, 2005 U.S. App.
4   LEXIS 13954 (Fed. Cir. Jul. 12, 2006), on the claim construction issues the parties presented to
5   the Court in their claim construction motions submitted September 24, 2003, ~~came on for hearing,~~
6   ~~and good cause appearing therefor,~~

7   IT IS ORDERED that ~~each party may file, on or before August __, 2005, a brief not to~~
8   ~~exceed 25 pages of text setting forth its positions on the impact of the holdings of *Phillips v. AWH*~~
9   ~~*Corp.* on the claim construction issues presented to the Court.~~ the request is DENIED.

10  Dated: July 28, 2005

_____
UNITED STATES DISTRICT JUDGE

[~~Proposed~~] Order Granting Administrative Relief             2             C 02-03378 JSW