**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFORMATICA CORPORATION, a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. C 02-3378 JSW<br><br>**ORDER SETTING DATES** |

Pursuant to the parties' joint request presented in their Further Joint Case Management Conference Statement, the Court HEREBY MODIFIES previously scheduled deadlines and SETS the following dates:

(1) Last day for Business Objects Data Integration, Inc. ("BODI") to provide disclosures and discovery responses regarding products: October 7, 2005;

(2) Last day for Informatica Corp. ("Informatica") to comply with Patent Local Rule 3-6(a) and serve Final Infringement Contentions: November 29, 2005;

(3) Last day for BODI to comply with Patent Local Rule 3-6(a) and serve Final Invalidity Contentions: December 20, 2005;

(4) Last day for BODI to comply with Patent Local Rule 3-8(a) and (b): December 20, 2005;

(5) Last day to serve fact discovery: January 27, 2006;

(6) Last day for parties to comply with Fed. R. Civ. P. 26(a)(2)(A): March 3, 2006;

(7) Last day for parties to comply with Fed. R. Civ. P. 26(a)(2)(B) with respect to issues on which each party bears the burden of proof: March 10, 2006;

(8) Last day for parties to comply with Fed. R. Civ. P. 26(a)(2)(B) in rebuttal with respect to issues on which the other party bears the burden of proof: April 3, 2006;

(9) Discovery cutoff: April 21, 2006;

(10) Last day to file dispositive motions: May 15, 2006; and

(11) Hearing on dispositive motions: June 23, 2006 at 9:00 a.m.;

The Court will conduct a further case management conference immediately following the hearing on the parties' dispositive motions on June 23, 2006.  If the parties do not file dispositive motions, the Court will set a further case management conference as necessary.

**IT IS SO ORDERED.**

Dated: September 29, 2005

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE