RECEIVED
05 OCT 24 PM 2: 18

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

E-Filing

| | |
|---|---|
| INFORMATICA CORPORATION<br><br>Plaintiff(s),<br><br>v.<br><br>BUSINESS OBJECTS DATA INTEGRATION, INC.<br><br>Defendant(s). | CASE NO. C 02 03378 JSW (JL)<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Ian L. Saffer _____, an active member in good standing of the bar of Colorado _____, whose business address and telephone number is 1200 17th Street, Suite 2700, Denver, Colorado 80202, 303-571-4000 _____, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing BUSINESS OBJECTS DATA _____.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: **OCT 2 7 2005**

_____
Jeffrey S. White
United States District Judge