1  TOWNSEND AND TOWNSEND AND CREW LLP
   DANIEL J. FURNISS (State Bar No. 73531)
2  IAN L. SAFFER (admitted *pro hac vice*)
3  TOWNSEND and TOWNSEND and CREW LLP
   379 Lytton Avenue
4  Palo Alto, California 94301
   Telephone: (650) 326-2400
5  Facsimile: (650) 326-2422

6  CHAD R. WALSH (State Bar No. 214290)
7  FOUNTAINHEAD LAW GROUP
   900 Lafayette Street, Suite 509
8  Santa Clara, CA 95050
   Telephone: (408) 244-6319
9
   Attorneys for Defendant and Counterclaimant
10 BUSINESS OBJECTS DATA INTEGRATION, INC.

11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15

16 INFORMATICA CORPORATION,                Case No.   C 02 3378 JSW
   a Delaware corporation,
17                                          **STIPULATION AND [~~PROPOSED~~]**
                    Plaintiff,              **ORDER ON DISCOVERY DATES**
18
              v.
19
   BUSINESS OBJECTS DATA
20 INTEGRATION, INC., formerly known as
   ACTA TECHNOLOGY, INC.,
21 a Delaware corporation,

22                    Defendant.

23   AND RELATED COUNTERCLAIMS

24

25

26

27

28

On November 29, 2005 Business Objects Data Integration, Inc. ("BODI") contacted counsel for Informatica Corp. ("Informatica") and requested a stipulation to extend the time to comply with Local Patent Rules 3-6(a) and 3-8(a) and (b).  Informatica did not oppose granting an extension provided that doing so would permit adequate time for remaining discovery in the case and not significantly impact pretrial dates.  The parties have negotiated a schedule which they believe achieves this and respectfully request the Court adopt it as set forth below.

In accordance with Local Civil Rule 6-2(a), attached hereto is a Declaration of Daniel J. Furniss setting forth (i) the reasons for the requested enlargement, (ii) a disclosure of all previous modifications in the case, and (iii) a description of the effect of the requested time modification on the schedule for the case.

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel that:

| Event | Date |
|---|---|
| The last day for BODI to comply with Patent Local Rule 3-6(b) and serve Final Invalidity Contentions: | January 31, 2006 |
| The last day for BODI to comply with Patent Local Rule 3-8(a) and (b) | January 31, 2006 |
| Last day to serve fact discovery | Feb. 27, 2006 |
| Parties to comply with Rule 26(a)(2)(A) (witnesses providing expert opinions) | April. 3, 2006 |
| Parties to comply with Rule 26(a)(2)(B) (expert reports) with respect to issues on which that party bears the burden of proof | April. 10, 2006 |
| Parties to comply with Rule 26(a)(2)(B) (expert reports) in rebuttal/opposition with respect to issues on which the other party bears the burden of proof | May. 3, 2006 |
| Discovery cutoff | May. 22, 2006 |
| Dispositive motions filed | June 16, 2006 |
| Hearing on dispositive motions at 9:00 a.m. | August 4, ~~July 28,~~ 2006 |

The Case Management Conference currently scheduled for June 23, 2006 is HEREBY CONTINUED to August 4, 2006 to immediately follow the hearing on the parties' dispositive motions.  If neither party files a dispositive motion, the Court will schedule a further case management conference as necessary.

1

2    DATED:   December 9, 2005          Respectfully submitted,

3                                       TOWNSEND AND TOWNSEND AND CREW LLP

4
                                        By:  _____/s/ Daniel J. Furniss_____/
5                                            Daniel J. Furniss
                                             Attorney for Defendant
6                                            BUSINESS OBJECTS DATA INTEGRATION,
                                             INC.
7

8

9    DATED:   December 9, 2005          FENWICK AND WEST, LLP

10

11
                                        By:  _____/s/ Darren Donnelly_____/
12                                           Darren Donnelly
                                             Attorneys for Plaintiff
13                                           INFORMATICA CORPORATION

14

15

16

17          PURSUANT TO STIPULATION, IT IS SO ORDERED.

18

19   Dated: _December 14, 2005_         By:  _____
20                                           HONORABLE JEFFREY S. WHITE
                                             UNITED STATES DISTRICT COURT JUDGE
21

22

23

24

25

26

27   60654942 v1

28

STIPULATION AND [PROPOSED] ORDER ON DISCOVERY DATES                    - 3 -
CASE NO.02-03378 JSW