1  TOWNSEND AND TOWNSEND AND CREW LLP
   DANIEL J. FURNISS (State Bar No. 73531)
2  IAN L. SAFFER (*pro hac vice*)
   ROBERT D. TADLOCK (State Bar No. 238479)
3  379 Lytton Avenue
4  Palo Alto, California 94301
   Telephone: (650) 326-2400
5  Facsimile: (650) 326-2422

6  FOUNTAINHEAD LAW GROUP
7  CHAD R. WALSH (State Bar No. 214290)
   900 Lafayette Street, Suite 509
8  Santa Clara, California 95050
   Telephone: (650) 244-6319
9

10 Attorneys for Defendant and Counterclaimant
   BUSINESS OBJECTS DATA INTEGRATION, INC.

11

12                    UNITED STATES DISTRICT COURT
13                   NORTHERN DISTRICT OF CALIFORNIA
                          SAN FRANCISCO DIVISION
14

15 INFORMATICA CORPORATION,            CASE NO. C 02 3378 JSW
   a Delaware corporation,
16                                     [PROPOSED] ORDER REGARDING
         Plaintiff and Counterdefendant, DEFENDANT BUSINESS OBJECTS
17                                     DATA INTEGRATION, INC.'S
         v.                            MOTION TO SHORTEN TIME FOR
18                                     ITS MOTION TO STRIKE NEWLY-
   BUSINESS OBJECTS DATA               ASSERTED PATENT CLAIMS IN
19 INTEGRATION, INC., formerly known as PLAINTIFF INFORMATICA
   ACTA TECHNOLOGY, INC.,              CORPORATION'S LOCAL RULE 3-
20 a Delaware corporation,             6 FINAL INFRINGEMENT
                                       CONTENTIONS
21       Defendant and Counterclaimant.
                                       Place: Courtroom 2, 17th Floor
22                                     Time: 9:00 a.m.
                                       Date: January __, 2006
23

24       On December 28, 2006, Defendant Business Objects Data Integration, Inc.'s ("BODI") Motion

25 To Shorten Time for its Motion to Strike Newly Asserted Patent Claims In Plaintiff Informatica

26 Corporation's Local Rule 3-6 Final Infringement Contentions, was filed in the above Court, the

27 Honorable Jeffrey S. White presiding. The Court has read the parties' papers and considered the

28 parties' arguments and ~~good cause appearing therefor,~~

IT IS HEREBY ORDERED THAT:

1. Defendant's Motion is ~~GRANTED.~~ DENIED.

2. Plaintiff Informatica Corporation's Opposition to BODI's Motion to Strike Newly Asserted Patent Claims in Plaintiff Informatica Corporation's ("Informatica") Local Rule 3-6 Final Infringement Contentions ~~is due January 6, 2006.~~ shall be filed by no later than January 20, 2006.

3. Defendant BODI ~~waives any right to file a Reply.~~ shall file a reply brief, if any, by no later than January 27, 2006.

4. ~~The Court will hear BODI's Motion to Strike Newly Asserted Patent Claims in Plaintiff Informatica Corporation's ("Informatica") Local Rule 3-6 Final Infringement Contentions on January 13, 2006 at 9:00 AM or as soon thereafter as the matter may be heard by the Honorable Jeffrey S. White.~~

DATED: January 6, 2006

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

60667316 v1

[~~PROPOSED~~] ORDER REGARDING DEFENDANT BUSINESS OBJECTS DATA INTEGRATION, INC.'S MOTION TO SHORTEN TIME FOR ITS MOTION TO STRIKE NEWLY-ASSERTED PATENT CLAIMS IN PLAINTIFF INFORMATICA CORPORATION'S PATENT LOCAL RULE 3-6 FINAL INFRINGEMENT CONTENTIONS;  CASE NO. C 02 3378 JSW

2