TOWNSEND AND TOWNSEND AND CREW LLP
DANIEL J. FURNISS (State Bar No. 73531), *djfurniss@townsend.com*
IAN L. SAFFER (*pro hac vice*), *ilsaffer@townsend.com*
ROBERT D. TADLOCK (State Bar No. 238479), *rdtadlock@townsend.com*
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

FOUNTAINHEAD LAW GROUP
CHAD R. WALSH (State Bar No. 214290), *crwalsh@townsend.com*
900 Lafayette Street, Suite 509
Santa Clara, California 95050
Telephone: (408) 244-6319

Attorneys for Defendant and Counterclaimant
BUSINESS OBJECTS DATA INTEGRATION, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| INFORMATICA CORPORATION, a Delaware corporation, <br><br>　　　　Plaintiff and Counterdefendant, <br><br>　　v. <br><br>BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation, <br><br>　　　　Defendant and Counterclaimant. | CASE NO. C 02 3378 JSW (JL) <br><br>**[PROPOSED] ORDER GRANTING THE FILING UNDER SEAL OF EXHIBITS 1 AND 2 TO DECLARATION OF ROBERT D. TADLOCK IN SUPPORT OF BUSINESS OBJECTS DATA INTEGRATION, INC.'S MOTION TO STRIKE NEWLY-ASSERTED PATENT CLAIMS IN INFORMATICA CORPORATION'S LOCAL RULE 3-6 FINAL INFRINGEMENT CONTENTIONS** |

The Court having considered Defendant Business Objects Data Integration, Inc.'s Administrative Motion for an Order Permitting the Filing Under Seal of Attachments 1 and 2 to Declaration of Robert D. Tadlock In Support of BODI's Motion to Strike Newly Asserted Patent Claims in Plaintiff Informatica Corporation's Final Infringement Contentions, and good cause appearing,

1  IT IS HEREBY ORDERED that the clerk's office shall accept for filing under seal the
2  previously-lodged sealed copies of the following documents:

3  

4  1.  EXHIBITS 1 AND 2 TO THE DECLARATION OF ROBERT D. TADLOCK IN SUPPORT OF DEFENDANT BUSINESS OBJECTS DATA INTEGRATION, INC.'S MOTION TO STRIKE NEWLY-ASSERTED PATENT CLAIMS IN PLAINTIFF INFORMATICA CORPORATION'S LOCAL RULE 3-6 FINAL INFRINGEMENT CONTENTIONS.

DATED: March 1, 2006

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

60709944 v1

[PROPOSED] ORDER GRANTING THE FILING UNDER SEAL OF EXHIBITS 1 AND 2 TO DECLARATION OF ROBERT D. TADLOCK, CASE NO: C 02 3378 JSW (JL)

- 2 -