LYNN H. PASAHOW (CSB No. 054283)
e-mail: lpasahow@fenwick.com
J. DAVID HADDEN (CSB No. 176148)
e-mail: dhadden@fenwick.com
DARREN E. DONNELLY (CSB No. 194335)
e-mail: ddonnelly@fenwick.com
CAROLYN CHANG (CSB No. 217933)
e-mail: cchang@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center, 801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff
INFORMATICA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFORMATICA CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 02-03378 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXPERT REPORTS AND DISCOVERY CUT-OFF** |

On December 30, 2005, Plaintiff Informatica Corporation ("Informatica") served its Second Set of Interrogatories on Defendant Business Objects Data Integration ("BODI"), which included an interrogatory requesting BODI's non-infringement contentions. After the parties met and conferred, BODI agreed to provide a response to the interrogatory that includes its non-infringement contentions by March 31, 2006. Following receipt and review of BODI's response, Informatica is scheduled to depose BODI's 30(b)(6) witnesses regarding the operation of the Accused Products on April 7, 2006.

Due to the scheduling of the non-infringement contentions and the deposition of BODI, the parties have negotiated a revised schedule for expert reports and discovery cutoff that does not significantly impact the overall case schedule. The parties have agreed to extend the dates for expert reports and discovery cutoff by one week, while leaving the schedule for dispositive motions unchanged. The parties hereby respectfully request the Court adopt the schedule set forth below.

In accordance with Civil Local Rule 6-2(a), attached hereto is a Declaration of Carolyn Chang setting forth (i) the reasons for the requested enlargement, (ii) a disclosure of all previous modifications in the case, and (iii) a description of the effect of the requested time modification on the schedule for the case.

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel that:

| Event | Date |
|---|---|
| Parties to comply with Rule 26(a)(2)(A) (witnesses providing expert opinions) | April 3, 2006 |
| Parties to comply with Rule 26(a)(2)(B) (expert reports) with respect to issues on which that party bears the burden of proof | April 17, 2006 |
| Parties to comply with Rule 26(a)(2)(B) (expert reports) in rebuttal/opposition with respect to issues on which the other party bears the burden of proof | May 10, 2006 |
| Discovery cutoff | May 29, 2006 |
| Dispositive motions filed | June 16, 2006 (unchanged) |

PLAINTIFF'S OPPOSITION TO MOTION
TO SHORTEN TIME

CASE NO. C 02-3378 JSW

| Hearing on dispositive motions | August 4, 2006 (unchanged) |
|---|---|

Dated: March 29, 2006         Respectfully submitted

FENWICK & WEST LLP


By:  _____/s/ Carolyn Chang_____
                 Carolyn Chang

Attorneys for Plaintiff
INFORMATICA CORPORATION

Dated: March 29, 2006         TOWNSEND AND TOWNSEND AND CREW LLP


By:  _____/s/ Joseph A. Greco_____
                 Joseph A. Greco

Attorneys for Defendant
BUSINESS OBJECTS DATA INTEGRATION, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ~~April~~ March 30 __, 2006

_____
Honorable Jeffrey S. White
United States District Court Judge
Northern District of California

STIPULATION AND ORDER RE EXPERT
REPORTS AND DISCOVERY CUT-OFF

2

CASE NO. C 02-3378 JSW