LYNN H. PASAHOW (CSB No. 054283)
e-mail: lpasahow@fenwick.com
J. DAVID HADDEN (CSB No. 176148)
e-mail: dhadden@fenwick.com
DARREN E. DONNELLY (CSB No. 194335)
e-mail: ddonnelly@fenwick.com
CAROLYN CHANG (CSB No. 217933)
e-mail: cchang@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center, 801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff
INFORMATICA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFORMATICA CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 02-03378 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE DAMAGES EXPERT REPORTS AND DISCOVERY CUT-OFF** |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIP. & ORDER RE DAMAGES EXPERT
REPORTS AND DISCOVERY CUT-OFF

CASE NO. C 02-3378 JSW

Opening expert reports on damages are currently scheduled to be due on April 17, 2006, with rebuttal expert reports scheduled to be due on May 10, 2006. BODI is currently still investigating whether it has additional documents relevant to damages to produce. Informatica is currently still producing documents relevant to damages. As both parties still have outstanding damages discovery, the parties have agreed to extend the dates for the damages expert report, with a corresponding extension for discovery cut-off. Due to the holiday weekend, the parties have also agreed to a two-day extension for opening technical expert reports. The parties further agree that opening technical expert reports will be served by hand by 5:00 p.m. on Wednesday, April 19, 2006, and opening damages expert reports will be served by hand by 5:00 p.m. on Monday, May 8, 2006. The schedule for dispositive motions remains unchanged. The parties hereby respectfully request the Court adopt the schedule set forth below.

In accordance with Civil Local Rule 6-2(a), attached hereto is a Declaration of Carolyn Chang setting forth (i) the reasons for the requested enlargement, (ii) a disclosure of all previous modifications in the case, and (iii) a description of the effect of the requested time modification on the schedule for the case.

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel that:

| Event | Date |
|---|---|
| Parties to comply with Rule 26(a)(2)(B) with respect to technical issues on which that party bears the burden of proof ("Opening Technical Expert Reports") (Service by hand by 5:00 p.m.) | 5:00 p.m. on April 19, 2006 |
| Parties to comply with Rule 26(a)(2)(B) with respect to damages issues on which that party bears the burden of proof ("Opening Damages Expert Reports") (Service by hand by 5:00 p.m.) | 5:00 p.m. on May 8, 2006 |
| Parties to comply with Rule 26(a)(2)(B) in rebuttal/opposition with respect to technical issues on which the other party bears the burden of proof ("Rebuttal Technical Expert Reports") | May 10, 2006 |
| Parties to comply with Rule 26(a)(2)(B) in rebuttal/opposition with respect to damages issues on which the other party bears | May 29, 2006 |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIP. & ORDER RE DAMAGES EXPERT
REPORTS AND DISCOVERY CUT-OFF

CASE NO. C 02-3378 JSW

| | |
|---|---|
| the burden of proof ("Rebuttal Damages Expert Reports") | |
| Discovery cut-off | June 5, 2006 |
| Dispositive motions filed | June 16, 2006 (unchanged) |
| Hearing on dispositive motions | August 4, 2006 (unchanged) |

Dated: April 14, 2006       Respectfully submitted

FENWICK & WEST LLP

By: /s/ Carolyn Chang
       Carolyn Chang

Attorneys for Plaintiff
INFORMATICA CORPORATION

Dated: April 14, 2006       TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ Robert D. Tadlock
       Robert D. Tadlock

Attorneys for Defendant
BUSINESS OBJECTS DATA INTEGRATION, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 18, 2006

Honorable Jeffrey S. White
United States District Court Judge
Northern District of California