LYNN H. PASAHOW (CSB No. 054283)
  e-mail: lpasahow@fenwick.com
J. DAVID HADDEN (CSB No. 176148)
  e-mail: dhadden@fenwick.com
DARREN E. DONNELLY (CSB No. 194335)
  e-mail: ddonnelly@fenwick.com
CAROLYN CHANG (CSB No. 217933)
  e-mail: cchang@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center, 801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff
INFORMATICA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFORMATICA CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 02-03378 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE DAMAGES DISCOVERY SCHEDULE** |

STIP. & ORDER RE DAMAGES
DISCOVERY SCHEDULE

CASE NO. C 02-3378 JSW

1    Opening expert reports on damages are currently scheduled to be due on May 8, 2006,
2 with rebuttal expert reports scheduled to be due on May 29, 2006. BODI is currently still
3 producing documents relevant to damages to produce. The 30(b)(6) deposition of BODI on
4 damages issues is currently scheduled for May 19. Informatica is entitled to depose BODI before
5 preparation and exchange of its opening damages expert report. In addition, Informatica is
6 currently still producing documents relevant to damages. Informatica is also investigating the
7 availability of a 30(b)(6) witness to testify on damages topics designated by BODI. BODI is
8 entitled to depose Informatica before preparation and exchange of its opening damages expert
9 report. As both parties are still engaging in damages discovery, the parties have agreed to extend
10 the dates for the damages expert report, with a corresponding extension for damages discovery
11 cut-off. The schedule for dispositive motions remains unchanged. The parties hereby
12 respectfully request the Court adopt the schedule set forth below.

13    In accordance with Civil Local Rule 6-2(a), attached hereto is a Declaration of Carolyn
14 Chang setting forth (i) the reasons for the requested enlargement, (ii) a disclosure of all previous
15 modifications in the case, and (iii) a description of the effect of the requested time modification
16 on the schedule for the case.

17    **IT IS HEREBY STIPULATED**, by and between the parties, through their respective
18 counsel that:

| Event | Date |
| --- | --- |
| Parties to comply with Rule 26(a)(2)(B) in rebuttal/opposition with respect to technical issues on which the other party bears the burden of proof ("Rebuttal Technical Expert Reports") | May 10, 2006 (unchanged) |
| Parties to comply with Rule 26(a)(2)(B) with respect to damages issues on which that party bears the burden of proof ("Opening Damages Expert Reports") | May 31, 2006 |
| Parties to comply with Rule 26(a)(2)(B) in rebuttal/opposition with respect to damages issues on which the other party bears the burden of proof ("Rebuttal Damages Expert Reports") | June 21, 2006 |
| Damages Discovery cut-off | June 28, 2006 |

STIP. & ORDER RE DAMAGES
DISCOVERY SCHEDULE                                            CASE NO. C 02-3378 JSW

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

| Dispositive motions filed | June 16, 2006 (unchanged) |
|---|---|
| Hearing on dispositive motions | August 4, 2006 (unchanged) |

Dated: May 5, 2006         Respectfully submitted

FENWICK & WEST LLP


By:　　　　　/s/ Carolyn Chang
　　　　　　　Carolyn Chang

Attorneys for Plaintiff
INFORMATICA CORPORATION

Dated: May 5, 2006         TOWNSEND AND TOWNSEND AND CREW LLP


By:　　　　　/s/ Robert D. Tadlock
　　　　　　　Robert D. Tadlock

Attorneys for Defendant
BUSINESS OBJECTS DATA INTEGRATION, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: May 11, 2006         　　　　　/s/ Jeffrey S. White
　　　　　　　Honorable Jeffrey S. White
　　　　　　　United States District Court Judge
　　　　　　　Northern District of California

STIP. & ORDER RE DAMAGES
DISCOVERY SCHEDULE                2                CASE NO. C 02-3378 JSW