UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFORMATICA CORPORATION, et al., | No. C 02-3378 JSW  (JL) |
| Plaintiffs, | **E-FILING** |
| v. | **BRIEFING ORDER** |
| ACTA TECHNOLOGY, INC, | |
| Defendants. | |

This Court received the Statement of Recent Decision and request of defendant Business Objects Data Integration, Inc. ("BODI") to file a supplemental brief in light of the decision in the case of *In re Echostar Communication Corp.*, 2006 WL 1149528 (Fed. Cir. May 1, 2006).

The request is hereby granted. BODI shall file its supplemental brief within one week of receipt of this order.

IT IS SO ORDERED.

DATED: May 22, 2006

_____
JAMES LARSON
Chief Magistrate Judge