TOWNSEND AND TOWNSEND AND CREW LLP
DANIEL J. FURNISS (State Bar No. 73531), *djfurniss@townsend.com*
JOSEPH A. GRECO (State Bar No. 104476), *jagreco@townsend.com*
IAN L. SAFFER (*pro hac vice*), *ilsaffer@townsend.com*
ROBERT D. TADLOCK (State Bar No. 238479), *rdtadlock@townsend.com*
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

FOUNTAINHEAD LAW GROUP
CHAD R. WALSH (State Bar No. 214290), *crwalsh@townsend.com*
900 Lafayette Street, Suite 509
Santa Clara, California 95050
Telephone: (408) 244-6319

Attorneys for Defendant and Counterclaimant
BUSINESS OBJECTS DATA INTEGRATION, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

INFORMATICA CORPORATION, a Delaware corporation,

Plaintiff and Counterdefendant,

v.

BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation,

Defendant and Counterclaimant.

CASE NO. C 02 3378 JSW (JL)

**~~[PROPOSED]~~ ORDER GRANTING DEFENDANT BUSINESS OBJECTS DEVELOPMENT, INC'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE ONE SUMMARY JUDGMENT MOTION NOT TO EXCEED FIFTY (50) PAGES**

On May 12, 2006, Defendant Business Objects Development, Inc. ("BODI") filed its Motion for Administrative Relief to File One Summary Judgment Motion Not to Exceed Fifty (50) Pages. The Court has read the papers submitted by the parties, and good cause appearing therefor,

~~[PROPOSED]~~ ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE ONE SUMMARY JUDGMENT MOTION NOT TO EXCEED 50 PAGES — CASE NO. C 02 3378 JSW (JL)

- 1 -

IT IS HEREBY ORDERED THAT:

1. BODI's motion is GRANTED IN PART.

2. BODI may file one summary judgment motion (including brief) not to exceed 30 ~~fifty (50)~~ pages. Plaintiff Informatica Corporation's opposition brief to the motion shall not exceed 30 ~~fifty (50)~~ pages. BODI's reply brief shall not exceed 17 ~~twenty-five (25)~~ pages.

3. The date for filing summary judgment motions previously set (June 16, 2006) and the briefing schedule under the Civil Local Rules shall remain the same.

DATED: May 30, 2006

Jeffrey S. White
United States District Judge

60772922 v1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE ONE SUMMARY JUDGMENT MOTION NOT TO EXCEED 50 PAGES — CASE NO. C 02 3378 JSW (JL)

- 2 -