LYNN H. PASAHOW (CSB No. 054283)
e-mail: lpasahow@fenwick.com
J. DAVID HADDEN (CSB No. 176148)
e-mail: dhadden@fenwick.com
DARREN E. DONNELLY (CSB No. 194335)
e-mail: ddonnelly@fenwick.com
CAROLYN CHANG (CSB No. 217933)
e-mail: cchang@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center, 801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff
INFORMATICA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFORMATICA CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 02-03378 JSW<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER RE DAMAGES DISCOVERY SCHEDULE** |

Opening expert reports on damages are currently scheduled to be due on May 31, 2006, with rebuttal expert reports scheduled to be due on June 21, 2006. Informatica only just took the deposition of BODI pursuant to Rule 30(b)(6) on May 26, 2006. In addition, BODI is still in the process of identifying a 30(b)(6) witness to speak on topics relating to BODI's finances, which is highly relevant to a damages analysis. Informatica is entitled to depose BODI before preparation and exchange of its opening damages expert report. Also, Informatica is currently still producing documents relevant to damages, and is investigating the availability of a 30(b)(6) witness to testify on damages topics designated by BODI. BODI is entitled to depose Informatica before preparation and exchange of its opening damages expert report. As both parties are still engaging in damages discovery, the parties have agreed to extend the dates for the damages expert report, with a corresponding extension for damages discovery cut-off. The schedule for dispositive motions remains unchanged. The parties hereby respectfully request the Court adopt the schedule set forth below.

In accordance with Civil Local Rule 6-2(a), attached hereto is a Declaration of Carolyn Chang setting forth (i) the reasons for the requested enlargement, (ii) a disclosure of all previous modifications in the case, and (iii) a description of the effect of the requested time modification on the schedule for the case.

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel that:

| Event | Date |
| --- | --- |
| Parties to comply with Rule 26(a)(2)(B) with respect to damages issues on which that party bears the burden of proof ("Opening Damages Expert Reports") | June 16, 2006 |
| Parties to comply with Rule 26(a)(2)(B) in rebuttal/opposition with respect to damages issues on which the other party bears the burden of proof ("Rebuttal Damages Expert Reports") | July 7, 2006 |
| Damages Discovery cut-off | July 21, 2006 |
| Dispositive motions filed | June 16, 2006 (unchanged) |
| Hearing on dispositive motions | August 4, 2006 (unchanged) |

AMENDED STIP. & ORDER RE DAMAGES
DISCOVERY SCHEDULE

CASE NO. C 02-3378 JSW

| | |
|---|---|
| Dated: May 30, 2006 | Respectfully submitted |
| | FENWICK & WEST LLP |
| | By:  /s/ Carolyn Chang |
| | Carolyn Chang |
| | Attorneys for Plaintiff |
| | INFORMATICA CORPORATION |
| Dated: May 30, 2006 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | By:  /s/ Robert D. Tadlock |
| | Robert D. Tadlock |
| | Attorneys for Defendant |
| | BUSINESS OBJECTS DATA INTEGRATION, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 2, 2006

Honorable Jeffrey S. White
United States District Court Judge
Northern District of California

AMENDED STIP. & ORDER RE DAMAGES
DISCOVERY SCHEDULE

2

CASE NO. C 02-3378 JSW