IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFORMATICA CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS.<br>_____ / | No. C 02-3378 JSW<br><br>**ORDER VACATING DISPOSITIVE MOTIONS HEARING DATE** |

Although both parties agree that this Court may utilize a representative claims approach for trial, they disagree over what those representative claims should be. The Court exhorts the parties further meet and confer in person in an effort to resolve this dispute and submit a status report by no later than June 26, 2006. Until this dispute is resolved, the Court cannot proceed with the current schedule set for dispositive motions in this matter. Therefore, the Court HEREBY VACATES the dispositive motions hearing date set for August 4, 2006. The Court also VACATES all deadlines related to the hearing date and the Further Case Management

Conference. The Court will by subsequent order, reset the hearing date on the dispositive motions with a set briefing schedule, as well as a Further Case Management Conference.

**IT IS SO ORDERED.**

Dated: June 12, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2