TOWNSEND AND TOWNSEND AND CREW LLP
DANIEL J. FURNISS (State Bar No. 73531), *djfurniss@townsend.com*
JOSEPH A. GRECO (State Bar No. 104476), *jagreco@townsend.com*
IAN L. SAFFER (*pro hac vice*), *ilsaffer@townsend.com*
LEONARD J. AUGUSTINE, JR. (State Bar No. 198661), *ljaugustine@townsend.com*
ROBERT D. TADLOCK (State Bar No. 238479), *rdtadlock@townsend.com*
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

FOUNTAINHEAD LAW GROUP
CHAD R. WALSH (State Bar No. 214290), *crwalsh@townsend.com*
900 Lafayette Street, Suite 509
Santa Clara, California 95050
Telephone: (408) 244-6319

Attorneys for Defendant and Counterclaimant
BUSINESS OBJECTS DATA INTEGRATION, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| INFORMATICA CORPORATION, a Delaware corporation, Plaintiff and Counterdefendant, v. BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation, Defendant and Counterclaimant. | CASE NO. C 02 3378 JSW (JL) **STIPULATION AND [PROPOSED] ORDER RE DAMAGES DISCOVERY SCHEDULE** |

1  Plaintiff Informatica Corporation ("Informatica") served its opening expert report on damages
2  (the "Opening Report") on June 16, 2006. The rebuttal expert report on damages (the "Rebuttal
3  Report") of Business Objects Data Integration, Inc. ("BODI") is scheduled to be due on July 7, 2006.
4  Both parties are still in the process of producing discovery relevant to damages. BODI desires
5  discovery relevant to the preparation of its Rebuttal Report, including the taking of a deposition
6  pursuant to Rule 30(b)(6). Informatica desires discovery relevant to potential supplemental expert
7  disclosure. To allow BODI sufficient time to prepare its Rebuttal Report and to allow Informatica
8  sufficient time to provide to BODI amendments or supplements to its Opening Report, the parties have
9  agreed to extend the dates for rebuttal expert reports regarding damages, with a corresponding
10 extension for damages discovery cut-off. The parties hereby respectfully request the Court adopt the
11 schedule set forth below.
12 In accordance with Civil Local Rule 6-2(a), attached hereto is a Declaration of Leonard J.
13 Augustine, Jr. setting forth (i) the reasons for the requested enlargement, (ii) a disclosure of all
14 previous modifications in the case, and (iii) a description of the effect of the requested time
15 modification on the schedule for the case.
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**IT IS HEREBY STIPULATED,** by and between the parties, through their respective counsel that the following discovery dates shall be:

| EVENT | DATE |
|---|---|
| Parties to comply with Rule 26(a)(2)(B) in rebuttal/opposition with respect to damages issues on which the other party bears the burden of proof ("Rebuttal Damages Expert Reports") | August 4, 2006 |
| Damages Discovery cut-off | August 31, 2006 |

Dated: June 30, 2006

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: ___/s/ Leonard J. Augustine, Jr.___
Attorneys for Defendant
BUSINESS OBJECTS DATA INTEGRATION, INC.

Dated: June 30, 2006

Respectfully submitted,

FENWICK & WEST LLP

By: ___/s/ Darren E. Donnelly___
Attorneys for Plaintiff
INFORMATICA CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __July 5__, 2006

_____
JEFFREY S. WHITE
United States District Court Judge

CASE NO. C 02 3378 JSW (JL)

2