LYNN H. PASAHOW (CSB No. 054283), lpasahow@fenwick.com
J. DAVID HADDEN (CSB No. 176148), dhadden@fenwick.com
DARREN E. DONNELLY (CSB No. 194335), ddonnelly@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff
INFORMATICA CORPORATION

TOWNSEND AND TOWNSEND AND CREW LLP
DANIEL J. FURNISS (State Bar No. 73531), *djfurniss@townsend.com*
JOSEPH A. GRECO (State Bar No. 104476), *jagreco@townsend.com*
IAN L. SAFFER (*pro hac vice*), *ilsaffer@townsend.com*
ROBERT D. TADLOCK (State Bar No. 238479), *rdtadlock@townsend.com*
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Defendant and Counterclaimant
BUSINESS OBJECTS DATA INTEGRATION, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| INFORMATICA CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 02-03378 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER ON REPRESENTATIVE CLAIMS** |

As stated in the parties' Second Joint Status Report on Representative Claims, filed on June 26, 2006, the parties have agreed to a set of representative claims as described below. The chart below lists the representative claims in the left column and the corresponding claim(s) they each represent in

the right column. Some claims do not represent any other claim(s), and, therefore, the right column is intentionally left blank.

| '670 Patent | |
|---|---|
| Claim | Represents these claims |
| 1 | |
| 8 | 9, 10, 11, 20, 21, 22, and 23 |
| 12 | 24 |
| 15 | 13, 25, and 27 |
| 18 | 2, 3, 4, 16, and 28 |
| 31 | 30, 33, 34, 35, 39, and 50 |

| '990 Patent | |
|---|---|
| Claim | Represents these claims |
| 1 | |
| 4 | |
| 5 | |
| 8 | |
| 9 | 12 and 13 |

| '775 Patent | |
|---|---|
| Claim | Represents these claims |
| 11 | 1 and 9 |
| 5 | 4 and 6 |
| 7 | 12 and 13 |

| '374 Patent | |
|---|---|
| Claim | Represents these claims |
| 7 | |

The parties agree that (1) if a representative claim is found infringed and valid, then the claims it represents shall be deemed infringed and valid, and (2) if a representative claim is found not infringed and/or invalid, then the claims it represents shall be deemed not infringed and/or invalid. Proof of infringement, noninfringement, validity, or invalidity of a representative claim shall be deemed sufficient for that claim's represented claim(s). The parties agree that the selection of representative claims does not preclude BODI from asserting a defense of inequitable conduct based on representative or represented claims.

The listed representative claims will stand for purposes of summary judgment and trial. The parties' stipulation on representative claims is stated in full herein. If a disagreement arises over the effect or application of this stipulation, it will be resolved by subsequent agreement of the parties or by the Court.

1     <u>Summary Judgment Hearing and Briefing Schedule.</u> The parties have discussed counsel's
2 scheduling conflicts over the next few months and respectfully request the following: (1) the Court
3 schedule the hearing of summary judgment motions and the next Case Management Conference on
4 any of the following dates: September 8, 22, or 29, 2006, or thereafter; and (2) the Court allow three
5 weeks for summary judgment opposition papers to be filed (after filing of the motions) and two weeks
6 for reply papers to be filed (after filing of the oppositions).

8 SO STIPULATED.

10 Dated: July 7, 2006                                               FENWICK & WEST LLP

12                                                     By:     s/Darren E. Donnelly
13                                                      Darren E. Donnelly
                                                          Attorneys for Plaintiff
14                                                      INFORMATICA CORPORATION

15                                                      TOWNSEND and TOWNSEND and CREW LLP

17                                                      By:     s/ Joseph A. Greco
                                                          Joseph A. Greco
18                                                      Attorneys for Defendant
                                                     BUSINESS OBJECTS DATA
19                                                     INTEGRATION, INC.

20 Pursuant to stipulation, IT IS SO ORDERED. The parties may each file a motion for summary judgment
21 by no later than August 4, 2006. The opposition and reply briefs to such motions may be filed no later
than August 25, 2006 and September 8, 2006, respectively. The Court HEREBY SCHEDULES the
22 hearing on the parties' cross-motions for summary judgment for September 29, 2006 at 9 a.m.

23 ~~PURSUANT TO STIPULATION IT IS SO ORDERED.~~

24 Dated: July 17, 2006

25                                                  JEFFREY S. WHITE
26                                                  UNITED STATES DISTRICT JUDGE