LYNN H. PASAHOW (CSB NO. 054283)
(lpasahow@fenwick.com)
J. DAVID HADDEN (CSB NO. 176148)
(dhadden@fenwick.com)
DARREN E. DONNELLY (CSB NO. 194335)
(ddonnelly@fenwick.com)
CAROLYN CHANG (CSB NO. 217933)
(cchang@fenwick.com)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

Attorneys for Plaintiff
INFORMATICA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFORMATICA CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation,<br><br>Defendant. | Case No.  C 02-03378 JSW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF INFORMATICA CORPORATION'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE A SUMMARY JUDGMENT MOTION NOT TO EXCEED THIRTY PAGES** |

[PROPOSED] ORDER GRANTING REQUEST TO EXCEED PAGE LIMITS FOR SUMMARY JUDGMENT MOTION (C 02-03378 JSW)

1  On July 28, 2006, Plaintiff Informatica Corporation ("Informatica") filed its Motion for
2  Administrative Relief to File One Summary Judgment Motion Not to Exceed Thirty Pages. The
3  Court has read the papers, the Motion being unopposed and good cause appearing,
4  IT IS HEREBY ORDERED THAT:
5  1. Informatica's motion is GRANTED.
6  2. Informatica may file one summary judgment motion (including brief) not to
7  exceed 30 pages. Defendant Business Objects Data Integration, Inc.'s opposition brief to the
8  motion shall not exceed 30 pages. Informatica's reply brief shall not exceed 17 pages.
9  3. The date for filing summary judgment motions and the briefing schedule set by
10  this Court's July 17, 2006 Order shall remain the same.

Dated: __August 2__, 2006

*Jeffrey S. White*

Honorable Jeffrey S. White
United States District Court Judge
Northern District of California

23402/00400/LIT/1253357.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

[PROPOSED] ORDER GRANTING REQUEST TO
EXCEED PAGE LIMITS FOR SUMMARY JUDGMENT
MOTION (C 02-03378 JSW)

2