United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INFORMATICA CORPORATION, a Delaware Corporation,

Plaintiff,

v.

BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware Corporation,

Defendants.

AND RELATED COUNTERCLAIMS.
/

No. C 02-3378 JSW

**ORDER ISSUING TEMPORARY STAY OF MAGISTRATE JUDGE LARSON'S ORDER OF COMPULSION AND SETTING BRIEFING SCHEDULE**

Discovery in the above captioned matter has been referred to Chief Magistrate Judge James Larson. On July 14, 2006, Judge Larson issued an order granting in part and denying in part a motion filed by Plaintiff Informatica Corporation ("Informatica") motion to compel discovery withheld pursuant to the attorney-client privilege and work product doctrine. On July 28, 2006, Defendant Business Objects Data Integration, Inc. ("BODI"), formerly known as Acta Technology, Inc., ("BODI") filed an objection to Judge Larson's order and requests a stay of the order requiring production pending this Court's review of the underlying discovery dispute. The issue concerns the scope of the waiver when a defendant relies on advice of counsel to defend against allegations of willful infringement.

The Court HEREBY ISSUES a TEMPORARY STAY of Judge Larson's order requiring BODI to produce documents pending this Court's review of the discovery dispute and BODI's

United States District Court
For the Northern District of California

objection. The Court ORDERS Informatica to file a response to BODI's objection by no later than August 7, 2006.

**IT IS SO ORDERED.**

Dated: August 2, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE