TOWNSEND AND TOWNSEND AND CREW LLP
DANIEL J. FURNISS (State Bar No. 73531),
  djfurniss@townsend.com
JOSEPH A. GRECO (State Bar No. 104476),
  jagreco@townsend.com
IAN L. SAFFER (*pro hac vice*),
  ilsaffer@townsend.com
LEONARD J. AUGUSTINE, JR. (State Bar No. 198661),
  ljaugustine@townsend.com
ROBERT D. TADLOCK (State Bar No. 238479),
  rdtadlock@townsend.com
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

FOUNTAINHEAD LAW GROUP
CHAD R. WALSH (State Bar No. 214290),
  crwalsh@townsend.com
900 Lafayette Street, Suite 509
Santa Clara, California 95050
Telephone: (408) 244-6319

Attorneys for Defendant and Counterclaimant
BUSINESS OBJECTS DATA INTEGRATION, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| INFORMATICA CORPORATION, a Delaware corporation,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation,<br><br>Defendant and Counterclaimant. | CASE NO. C 02 3378 JSW (JL)<br><br>**STIPULATION AND [PROPOSED] ORDER RE DAMAGES DISCOVERY SCHEDULE** |

1  Plaintiff Informatica Corporation ("Informatica") served its opening expert report on damages
2  (the "Opening Report") on June 16, 2006.  In the Opening Report, Informatica's damages expert
3  indicated in several instances that he reserved the right to amend and supplement the Opening Report
4  after a review of recently produced information and any new information made available.  The rebuttal
5  expert report on damages (the "Rebuttal Report") of Business Objects Data Integration, Inc. ("BODI")
6  is scheduled to be due on August 4, 2006.
7  Both parties are still in the process of producing discovery relevant to damages.  BODI desires
8  discovery relevant to the preparation of its Rebuttal Report, including the taking of a deposition
9  pursuant to Rule 30(b)(6).  Informatica desires discovery relevant to potential supplemental expert
10 disclosure.  To allow BODI sufficient time to prepare its Rebuttal Report and to allow Informatica
11 sufficient time to provide to BODI amendments or supplements to its Opening Report, the parties have
12 agreed to establish a date for supplemental expert reports regarding damages and to extend the dates
13 for rebuttal expert reports regarding damages, with a corresponding extension for damages discovery
14 cut-off.  The parties hereby respectfully request the Court adopt the schedule set forth below.
15 In accordance with Civil Local Rule 6-2(a), attached hereto is a Declaration of Leonard J.
16 Augustine, Jr. setting forth (i) the reasons for the requested enlargement, (ii) a disclosure of all
17 previous modifications in the case, and (iii) a description of the effect of the requested time
18 modification on the schedule for the case.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  **IT IS HEREBY STIPULATED,** by and between the parties, through their respective counsel
2  that the following discovery dates shall be:

| EVENT | DATE |
| --- | --- |
| Parties to comply with Rule 26(e) with respect to supplementation of disclosures made under Rule 26(a)(2)(B) with respect to damages issues on which that party bears the burden of proof ("Supplemental Damages Expert Reports") | September 22, 2006 |
| Parties to comply with Rule 26(a)(2)(B) in rebuttal/opposition with respect to damages issues on which the other party bears the burden of proof ("Rebuttal Damages Expert Reports") | October 13, 2006 |
| Damages Discovery cut-off | November 3, 2006 |

Dated: August 2, 2006           Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP


By:     /s/ Leonard J. Augustine, Jr.
   Attorneys for Defendant
   BUSINESS OBJECTS DATA INTEGRATION, INC.

Dated: August 2, 2006           Respectfully submitted,

FENWICK & WEST LLP


By:      /s/ David Hadden
   Attorneys for Plaintiff
   INFORMATICA CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: __August 10__, 2006


_____
JEFFREY S. WHITE
United States District Court Judge