TOWNSEND AND TOWNSEND AND CREW LLP
DANIEL J. FURNISS (State Bar No. 73531), *djfurniss@townsend.com*
JOSEPH A. GRECO (State Bar No. 104476), *jagreco@townsend.com*
IAN L. SAFFER (*pro hac vice*), *ilsaffer@townsend.com*
LEONARD J. AUGUSTINE, JR. (State Bar No. 198661), *ljaugustine@townsend.com*
ROBERT D. TADLOCK (State Bar No. 238479), *rdtadlock@townsend.com*
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

FOUNTAINHEAD LAW GROUP
CHAD R. WALSH (State Bar No. 214290), *crwalsh@townsend.com*
900 Lafayette Street, Suite 509
Santa Clara, California 95050
Telephone: (408) 244-6319

Attorneys for Defendant and Counterclaimant
BUSINESS OBJECTS DATA INTEGRATION, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| INFORMATICA CORPORATION, a Delaware corporation, <br><br> Plaintiff and Counterdefendant, <br><br> v. <br><br> BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation, <br><br> Defendant and Counterclaimant. | CASE NO. C 02 3378 JSW (JL) <br><br> **STIPULATION AND [PROPOSED] ORDER RE DUE DATE FOR REBUTTAL EXPORT REPORT AND DAMAGES DISCOVERY CUTOFF** |

1    Plaintiff Informatica Corporation ("Informatica") served its opening expert report on damages
2  (the "Opening Report") on June 16, 2006, and a supplemental expert report on damages on September
3  22, 2006.  The rebuttal expert report on damages (the "Rebuttal Report") of Business Objects Data
4  Integration, Inc. ("BODI") is scheduled to be due on October 13, 2006.
5    In preparation for its Rebuttal Report, BODI desires to take a deposition pursuant to Rule
6  30(b)(6) regarding damages issues potentially relevant to its Rebuttal Report.  Informatica's witness
7  for the deposition is not available until October 24, 2006, and a deposition has been scheduled for that
8  date.  To allow BODI sufficient time to prepare its Rebuttal Report after the taking of the deposition
9  pursuant to Rule 30(b)(6), the parties have agreed to extend the due date for BODI's Rebuttal Report,
10  with a corresponding extension for damages discovery cut-off.  The parties hereby respectfully request
11  the Court adopt the schedule set forth below.
12    In accordance with Civil Local Rule 6-2(a), attached hereto is a Declaration of Leonard J.
13  Augustine, Jr. setting forth (i) the reasons for the requested enlargement, (ii) a disclosure of all
14  previous modifications in the case, and (iii) a description of the effect of the requested time
15  modification on the schedule for the case.
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1   **IT IS HEREBY STIPULATED,** by and between the parties, through their respective counsel
2   that the following discovery dates shall be:

| EVENT | DATE |
|---|---|
| Parties to comply with Rule 26(a)(2)(B) in rebuttal/opposition with respect to damages issues on which the other party bears the burden of proof ("Rebuttal Damages Expert Reports") | November 3, 2006 |
| Damages Discovery cut-off | December 1, 2006 |

Dated: October 6, 2006                    Respectfully submitted,

                                          TOWNSEND AND TOWNSEND AND CREW LLP


                                          By:    /s/ Leonard J. Augustine, Jr.
                                             Attorneys for Defendant
                                             BUSINESS OBJECTS DATA INTEGRATION, INC.

Dated: October 6, 2006                    Respectfully submitted,

                                          FENWICK & WEST LLP



                                          By:       /s/ Carolyn Chang
                                             Attorneys for Plaintiff
                                             INFORMATICA CORPORATION


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**`


Dated: October 11, 2006, 2006

                                          _____
                                          JEFFREY S. WHITE
                                          United States District Court Judge

CASE NO. C 02 3378 JSW (JL)                                                          2