1  LYNN H. PASAHOW (State Bar No. 054283)
   J. DAVID HADDEN (State Bar No. 176148)
2  DARREN E. DONNELLY (State Bar No. 194335)
   FENWICK & WEST LLP
3  Silicon Valley Center
   801 California Street
4  Mountain View, CA  94041
   Telephone:  (650) 988-8500
5  Facsimile:   (650) 938-5200

6  Attorneys for Plaintiff
   INFORMATICA CORPORATION
7
   TOWNSEND AND TOWNSEND AND CREW LLP
8  DANIEL J. FURNISS (State Bar No. 73531)
   JOSEPH A. GRECO (State Bar No. 104476)
9  379 Lytton Avenue
   Palo Alto, California 94301
10 Telephone: (650) 326-2400
   Facsimile: (650) 326-2422
11

12 Attorneys for Defendant
   BUSINESS OBJECTS DATA INTEGRATION,
13 INC.

14

15                     UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
16                         SAN FRANCISCO DIVISION

17

| INFORMATICA CORPORATION, a Delaware corporation, | Case No. C 02-03378 JSW |
|---|---|
| Plaintiff, | **STIPULATION RE MAGISTRATE JUDGE; [PROPOSED] ORDER** |
| v. | |
| BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

STIPULATION RE MAGISTRATE JUDGE;               Case No. C 02-03378 JSW
[PROPOSED] ORDER

Pursuant to the Court's October 11, 2006 Order Re Cross-Motions for Summary Judgment, Plaintiff Informatica Corporation and Defendant Business Objects Data Integration, Inc. hereby stipulate, through their respective counsel, that the Court may assign this case to a magistrate judge for all purposes, including trial, provided that the Court select one of the magistrate judges listed below (the list is in alphabetical order; no order of preference is implied):

- Magistrate Judge Elizabeth D. Laporte
- Magistrate Judge Richard Seeborg
- Magistrate Judge Joseph C. Spero

SO STIPULATED.

Dated: October 23, 2006        FENWICK & WEST LLP

By: /s/ Darren E. Donnelly
    Darren E. Donnelly

Attorneys for Plaintiff
INFORMATICA CORPORATION

Dated: October 23, 2006        TOWNSEND and TOWNSEND and CREW LLP

By: /s/ Joseph A. Greco
    Joseph A. Greco

Attorneys for Defendant
BUSINESS OBJECTS DATA INTEGRATION, INC.

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT this case is assigned to Magistrate Judge Elizabeth D. Laporte for all purposes, including trial, and superseding any prior assignment.

Dated: October 26, 2006        By: /s/ Jeffrey S. White
                                   JEFFREY S. WHITE
                                   UNITED STATES DISTRICT JUDGE

STIPULATION RE MAGISTRATE JUDGE; [PROPOSED] ORDER        2        Case No. C 02-03378 JSW