TOWNSEND AND TOWNSEND AND CREW LLP
DANIEL J. FURNISS (State Bar No. 73531), *djfurniss@townsend.com*
JOSEPH A. GRECO (State Bar No. 1004476) *jagreco@townsend.com*
PETER GOLDSMITH (State Bar No. 91294) phgoldsmith@townsend.com
ROBERT J. ARTUZ (State Bar No. 227789), *rjartuz@townsend.com*
ROBERT D. TADLOCK (State Bar No. 238479), *rdtadlock@townsend.com*
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

FOUNDTAINHEAD LAW GROUP
CHAD R. WALSH (State Bar No. 214290) *crwalsh@townsend.com*
900 Lafayette Street, Suite 509
Santa Clara, California 95050
Telephone: (408) 244-6319

Attorneys for Defendant and Counterclaimant
BUSINESS OBJECTS DATA INTEGRATIONS, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| INFORMATICA CORPORATION, a Delaware corporation,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation,<br><br>Defendant and Counterclaimant. | Case No.   C 02 3378 EDL<br><br>**DEFENDANT BUSINESS OBJECTS DATA INTEGRATION INC.'S ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM AND** ~~PROPOSED~~ **ORDER**<br><br>Date:   January 26, 2007<br>Time:   9:00 AM<br>Place:  Courtroom of the Honorable Elizabeth D. Laporte |

Pursuant to Local Rule 7-10 Defendant and Counterclaimant Business Objects Data Integration, Inc., by its counsel, respectfully makes this Miscellaneous Administrative Request for an order permitting delivery to the courtroom and use of the following electronic equipment at the tutorial scheduled for Friday, January 26, 2007 in the courtroom of the Honorable Elizabeth D. Laporte:

1.   One (1) Laptop

2.   One (1) digital projector

DATED: January 23, 2007          Respectfully submitted,

By: _____
Robert J. Artuz
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Defendant and Counterclaimant

GOOD CAUSE APPEARING THEREFOR, it is so ordered:

January 24, 2007

_____
Elizabeth D. Laporte
Mag. Judge of the United States District Court

IT IS SO ORDERED
Judge Elizabeth D. Laporte

60965715 v1