1  LYNN H. PASAHOW (CSB NO. 054283)
     e-mail: lpasahow@fenwick.com
2  J. DAVID HADDEN (CSB NO. 176148)
     e-mail: dhadden@fenwick.com
3  DARREN E. DONNELLY (CSB NO. 194335)
     e-mail: ddonnelly@fenwick.com
4  CAROLYN CHANG (CSB NO. 217933)
     e-mail: cchang@fenwick.com
5  RYAN A. TYZ (CSB NO. 234895)
     e-mail: rtyz@fenwick.com
6  FENWICK & WEST LLP
   Silicon Valley Center
7  801 California Street
   Mountain View, CA  94041
8  Telephone: (650) 988-8500
   Facsimile:  (650) 938-5200

10 DAVID D. SCHUMANN (CSB No. 223936)
     e-mail: dschumann@fenwick.com
   ALBERT L. SIEBER (CSB No. 233482)
11   e-mail: asieber@fenwick.com
   DAVID M. LACY KUSTERS (CSB NO. 241335)
12   e-mail: dlacykusters@fenwick.com
   FENWICK & WEST LLP
13 555 California Street, Suite 1200
   San Francisco, CA 94104
14 Telephone:    (415) 875-2300
   Facsimile:    (415) 281-1350

16 Attorneys for Plaintiff
   INFORMATICA CORPORATION

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                    SAN FRANCISCO DIVISION

| | |
|---|---|
| INFORMATICA CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 02-03378 EDL<br><br>**PLAINTIFF INFORMATICA CORPORATION'S ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM AND ~~PROPOSED~~ ORDER**<br><br>Date:    January 26, 2007<br>Time:   9:00 a.m.<br>Place:  Courtroom of the Hon. Elizabeth D. Laporte |
| AND RELATED COUNTERCLAIMS. | |

Pursuant to Local Rule 7-10, Plaintiff Informatica Corporation, by its counsel, respectfully makes this Administrative Request for an order permitting delivery to the courtroom and use of the following equipment at the tutorial scheduled for Friday, January 26, 2007, in the courtroom of the Honorable Elizabeth D. Laporte:

- One laptop and
- One digital projector.

Dated:   January 23, 2007        FENWICK & WEST LLP


By:   /s/ David M. Lacy Kusters
        David M. Lacy Kusters

Attorneys for Plaintiff
INFORMATICA CORPORATION

GOOD CAUSE APPEARING THEREFOR, it is so ordered:

Dated:   January  24 , 2007

By: _____
Mag. Judge Elizabeth D. Laporte



ADMIN REQ TO BRING EQUIPMENT        2        CASE NO. C 02-3378 EDL