1  **[Counsel Listed on Signature Page]**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| INFORMATICA CORPORATION, a Delaware corporation,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation,<br><br>    Defendant and Counterclaimant, | Case No.   C 02 3378 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN PRETRIAL DEADLINES**<br><br>**Pretrial Conference:**<br><br>**February 20, 2007, 2:00 P.M.** |

After a case management conference on December 12, 2006, the parties in the above-referenced action submitted an agreed-upon pretrial schedule with the Court. See Docket No. 365. In view of the numerous pretrial filings that are due January 29, 2007, however, the parties respectfully request a four-day extension to complete the following pretrial tasks:

   1.   The exchange and delivery of premarked trial exhibits to chambers;

   2.   The filing of the exhibit list;

   3.   The filing of the trial briefs;

   4.   The filing of the joint pretrial conference; and

   5.   The filing of objections to exhibits, deposition excerpts, or other discovery.

A chart summarizing the requested extensions is provided below.  Because of scheduling conflicts for depositions of witnesses on BODI's advice of counsel defense, and the deposition of Mr.

McGoveran, the parties also have agreed to extend the dates for related exchanges and objections. The extension of these deadlines will not affect the pretrial conference dates or the trial date.

**MODIFIED PRETRIAL SCHEDULE**

| Event | Old Date | New Date |
|---|---|---|
| Jury Trial Begins | Monday, March 12, 2007 at 8:30am | Unchanged |
| Further pretrial conference | Tuesday, March 06, 2007 at 2pm | Unchanged |
| Pretrial Conference | Tuesday, February 20, 2007 at 2pm | Unchanged |
| File/Serve the following | | |
| (1) Objections to exhibits or depo excerpts, or other discovery | Monday, January 29, 2007 | **Friday, Feb 2. 2007** |
| (2) Objections to non-expert witnesses | Monday, January 29, 2007 | Unchanged |
| (3) Objections to | Monday, January 29, 2007 | Unchanged |
| (a) Voir dire questionnaire | | |
| (b) Jury Instructions | | |
| (c) Verdict Forms | | |
| (4) Oppositions to motions in limine | Monday, January 29, 2007 | Unchanged |
| | | |
| File Joint Pretrial Statement | Monday, January 29, 2007 | **Friday, Feb 2. 2007** |
| File / Serve the following: | | |
| (1) Trial briefs | Monday, January 29, 2007 | **Friday, Feb 2. 2007** |
| (2) Proposed voir dire questionnaire | Monday, January 29, 2007 | Unchanged |
| (3) Proposed Jury instructions | Monday, January 29, 2007 | Unchanged |
| (4) Proposed Verdict forms | Monday, January 29, 2007 | Unchanged |
| (5) Discovery excerpts that will be offered at trial | Monday, January 29, 2007 | Unchanged |
| File/serve expert qualifications exhibit | Monday, January 29, 2007 | Unchanged |
| File/serve exhibit list | Monday, January 29, 2007 | **Friday, Feb 2. 2007** |
| Exchange premarked exhibits | Monday, January 29, 2007 | **Friday, Feb 2. 2007** |
| Deliver premarked exhibits to chambers | Monday, January 29, 2007 | **Friday, Feb 2. 2007** |
| | | |
| Technology Tutorial | Friday, January 26, 2007 at 9am | Unchanged |

| | | |
|---|---|---|
| Meet / confer on exchanged objections | Thursday, January 25, 2007 | Unchanged |

The parties are happy to discuss any questions the Court may have regarding the requested extensions at the Court Technology Tutorial on Friday, January 26, 2007.

Dated: January 24, 2007                          FENWICK & WEST LLP


By:          /s/ Darren Donnelly
                  Darren E. Donnelly

Lynn H. Pasahow (CSB NO. 054283)
  e-mail: lpasahow@fenwick.com
J. David Hadden (CSB NO. 176148)
  e-mail: dhadden@fenwick.com
Darren E. Donnelly (CSB NO. 194335)
  e-mail: ddonnelly@fenwick.com
Carolyn Chang (CSB NO. 217933)
  e-mail: cchang@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

DAVID D. SCHUMANN (CSB No. 223936)
  e-mail: dschumann@fenwick.com
DAVID M. LACY KUSTERS (CSB NO. 241335)
  e-mail: dlacykusters@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   (415) 875-2300
Facsimile:    (415) 281-1350

Attorneys for Plaintiff
INFORMATICA CORPORATION

| | |
|---|---|
| Dated: January 24, 2007 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | By:     /s/ Joseph A. Greco<br>        Joseph A. Greco |

TOWNSEND AND TOWNSEND AND CREW LLP
Daniel J. Furniss (State Bar No. 73531),
djfurniss@townsend.com
Joseph A. Greco (State Bar No. 104476),
jagreco@townsend.com
Ian L. Saffer (pro hac vice),
ilsaffer@townsend.com
Robert J. Artuz (State Bar No. 227789),
rjartuz@townsend.com
Robert D. Tadlock (State Bar No. 238479),
rdtadlock@townsend.com
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

FOUNTAINHEAD LAW GROUP
Chad R. Walsh (State Bar No. 214290),
crwalsh@townsend.com
900 Lafayette Street, Suite 509
Santa Clara, California 95050
Telephone: (408) 244-6319

Attorneys for Defendant and Counterclaimant
BUSINESS OBJECTS DATA INTEGRATION, INC.

**Signature Attestation**

I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By:     /s/ Darren Donnelly

Attorneys for Plaintiff
INFORMATICA CORPORATION

1 **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: January 25, 2007

_____
Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*