1  [Counsel Listed on Signature Page]

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| INFORMATICA CORPORATION,<br>a Delaware corporation,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation,<br><br>    Defendant and Counterclaimant, | Case No.   C 02 3378 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DATE TO FILE/SERVE DISCOVERY EXCERPTS THAT WILL BE OFFERED AT TRIAL**<br><br>**Pretrial Conference:**<br><br>**February 20, 2007, 2:00 P.M.** |

After a case management conference on December 12, 2006, the parties in the above-referenced action submitted an agreed-upon pretrial schedule with the Court. *See* Docket No. 365. In view of the numerous pretrial filings that are due January 29, 2007, however, on January 24, 2007 the parties respectfully requested a four-day extension to complete certain pretrial tasks. On January 25, 2007, the Court granted the parties' request. *See* Docket No. 405. The parties also intended to request a four-day extension to complete the following:

    1.    The filing and service of discovery excerpts (including deposition testimony) to be offered at trial.

Therefore, the parties respectfully request that the deadline to file discovery excerpts (including deposition testimony) to be offered at trial also be extended to **Friday, February 2, 2007.**

Dated: January 29, 2007                             FENWICK & WEST LLP


By:         /s/ Carolyn Chang
                 Carolyn Chang

Lynn H. Pasahow (CSB NO. 054283)
 e-mail: lpasahow@fenwick.com
J. David Hadden (CSB NO. 176148)
 e-mail: dhadden@fenwick.com
Darren E. Donnelly (CSB NO. 194335)
 e-mail: ddonnelly@fenwick.com
Carolyn Chang (CSB NO. 217933)
 e-mail: cchang@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

DAVID D. SCHUMANN (CSB No. 223936)
 e-mail: dschumann@fenwick.com
DAVID M. LACY KUSTERS (CSB NO. 241335)
 e-mail: dlacykusters@fenwick.com
FENWICK & WEST LLP
275 Battery Street
San Francisco, CA 94111
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350

Attorneys for Plaintiff
INFORMATICA CORPORATION

Dated: January 29, 2007

TOWNSEND AND TOWNSEND AND CREW LLP

By:      /s/ Robert D. Tadlock
         Robert D. Tadlock

TOWNSEND AND TOWNSEND AND CREW LLP
Daniel J. Furniss (State Bar No. 73531),
djfurniss@townsend.com
Joseph A. Greco (State Bar No. 104476),
jagreco@townsend.com
Ian L. Saffer (pro hac vice),
ilsaffer@townsend.com
Robert J. Artuz (State Bar No. 227789),
rjartuz@townsend.com
Robert D. Tadlock (State Bar No. 238479),
rdtadlock@townsend.com
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

FOUNTAINHEAD LAW GROUP
Chad R. Walsh (State Bar No. 214290),
crwalsh@townsend.com
900 Lafayette Street, Suite 509
Santa Clara, California 95050
Telephone: (408) 244-6319

Attorneys for Defendant and Counterclaimant
BUSINESS OBJECTS DATA INTEGRATION, INC.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 30, 2007

_____
Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Elizabeth D. Laporte]*