1  **[Counsel Listed on Signature Page]**

2
3
4
5
6
7

8            **UNITED STATES DISTRICT COURT**
             **NORTHERN DISTRICT OF CALIFORNIA**
9                **SAN FRANCISCO DIVISION**

10

11 | INFORMATICA CORPORATION,                          Case No.   C 02 3378 EDL
   | a Delaware corporation,
12 |                                                   **STIPULATION AND [PROPOSED]**
   |         Plaintiff and Counterdefendant,           **ORDER RE: PRETRIAL**
13 |                                                   **SUBMISSIONS**
   |         v.
14 |                                                   **Pretrial Conference:**
   | BUSINESS OBJECTS DATA
15 | INTEGRATION, INC., formerly known as              **February 20, 2007, 2:00 P.M.**
   | ACTA TECHNOLOGY, INC., a Delaware
16 | corporation,
17 |         Defendant and Counterclaimant,

18

19    After a case management conference on December 12, 2006, the parties in the above-

20 referenced action submitted an agreed-upon pretrial schedule with the Court. *See* Docket No. 365. In

21 view of the numerous pretrial filings that were due January 29, 2007, however, on January 24, 2007

22 the parties respectfully requested a four-day extension to complete certain pretrial tasks. On

23 January 25, 2007, the Court granted the parties' request. *See* Docket No. 405.

24    The parties further met and conferred on Wednesday, January 31, 2007. Given the numerous

25 remaining pretrial submissions and the number of exhibits and discovery designations identified by the

26 parties, the parties agreed to work together to further address the outstanding objections before

27 submitting exhibits and discovery designations to the Court. Therefore the parties respectfully request

28 an extension for the following pretrial submissions:

STIPULATION AND [PROPOSED] ORDER RE: PRETRIAL SUBMISSIONS                                  1
CASE NO. C 02 3378 EDL

1. Friday, February 2, 2007 - File and serve trial brief.

2. Tuesday, February 6, 2007 - File and serve joint pretrial statement and proposed findings of fact and conclusions of law, except for disclosures regarding exhibits and discovery designations.

3. Wednesday, February 7, 2007 - Further meet and confer on exhibits, discovery designations, and exchanged objections.

4. Monday, February 12, 2007 - ~~Tuesday, February 13, 2007~~ - File and serve exhibits and discovery designations and objections thereto. Chambers copies shall be lodged by 5 p.m. that day.

The extension of these deadlines will not affect the pretrial conference dates or the trial date.

Dated: February 2, 2007

FENWICK & WEST LLP

By: /s/ Carolyn Chang
Carolyn Chang

Lynn H. Pasahow (CSB NO. 054283)
e-mail: lpasahow@fenwick.com
J. David Hadden (CSB NO. 176148)
e-mail: dhadden@fenwick.com
Darren E. Donnelly (CSB NO. 194335)
e-mail: ddonnelly@fenwick.com
Carolyn Chang (CSB NO. 217933)
e-mail: cchang@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

DAVID D. SCHUMANN (CSB No. 223936)
e-mail: dschumann@fenwick.com
DAVID M. LACY KUSTERS (CSB NO. 241335)
e-mail: dlacykusters@fenwick.com
FENWICK & WEST LLP
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiff
INFORMATICA CORPORATION

| | | |
|---|---|---|
| 1 | Dated: February 2, 2007 | TOWNSEND AND TOWNSEND AND CREW LLP |

By:       /s/ Robert D. Tadlock
              Robert D. Tadlock

TOWNSEND AND TOWNSEND AND CREW LLP
Daniel J. Furniss (State Bar No. 73531)
djfurniss@townsend.com
Joseph A. Greco (State Bar No. 104476)
jagreco@townsend.com
Peter H. Goldsmith (State Bar No. 91294
phgoldsmith@townsend.com
Robert J. Artuz (State Bar No. 227789)
rjartuz@townsend.com
Robert D. Tadlock (State Bar No. 238479)
rdtadlock@townsend.com
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

FOUNTAINHEAD LAW GROUP
Chad R. Walsh (State Bar No. 214290)
crwalsh@townsend.com
900 Lafayette Street, Suite 509
Santa Clara, California 95050
Telephone: (408) 244-6319

Attorneys for Defendant and Counterclaimant
BUSINESS OBJECTS DATA INTEGRATION, INC.

### ORDER

The Court grants this extension of time, especially as to the filing of exhibits and objections thereto, based on its expectation that the parties will substantially narrow, or even eliminate, the objections by meeting and conferring in good faith.

IT IS SO ORDERED AS MODIFIED.

Dated: February 2, 2007

_____
Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

*[Stamp: IT IS SO ORDERED AS MODIFIED. Judge Elizabeth D. Laporte — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*