UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INFORMATICA CORPORATION

    Plaintiff,

  v.

BUSINESS OBJECTS DATA INTEGRATION, INC.

    Defendant.
_____/

No. C 02-03378 EDL

ORDER DISMISSING COUNTERCLAIMS ON THE '374 PATENT

    Following the Court's summary judgment ruling of non-infringement on U.S. Patent 6,044,374 ("the '374 Patent"), see Docket No. 341, and the Court's ruling on Plaintiff Informatica's Brief in Support of the Court Exercising Its Discretion to Dismiss BODI's Mooted Counterclaims on the '374 Patent at the December 12, 2006 Case Management Conference, Defendant Business Objects Data Integration, Inc.'s counterclaims on the '374 Patent are dismissed from this action without prejudice.

    IT IS SO ORDERED.

Dated: February 9, 2007

    *Elizabeth D. Laporte*
_____
ELIZABETH D. LAPORTE
United States Magistrate Judge