**[Counsel Listed on Signature Page]**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| INFORMATICA CORPORATION, a Delaware corporation,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation,<br><br>Defendant and Counterclaimant, | Case No.   C 02 3378 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER RE: FILING AND USE OF "JOINT" EXHIBITS DESIGNATED BY BOTH PARTIES**<br><br>**Pretrial Conference:**<br><br>**February 20, 2007, 2:00 P.M.** |

Pursuant to the Court's January 25, 2007 Case Management and Pretrial Order for Jury Trial (Docket No. 406), and the February 2, ,2007 Stipulation and Order Re: Pretrial Submissions (Docket No. 465), both parties are to lodge with the Court two sets of premarked and tabbed exhibits that each intends to use at trial. During the meet and confer process, in an effort to decrease the number of documents lodged with the Court, the parties have agreed to submit only one copy of those exhibits that both parties have identified as one they intend to use at trial. The parties have agreed that plaintiff Informatica Corporation ("Informatica") will include a hard copy of each of these "joint" exhibits in the two sets that it lodges with the Court. Thus, defendant Business Objects Data Integration, Inc. ("BODI") has not lodged hard copies of any "joint" exhibits with the Court, but has retained reference to each such exhibit in the exhibit list it will file with the Court by cross- referencing plaintiff's exhibit number.

The parties have agreed that, although BODI is not required to lodge a hard copy of any "joint" exhibit with the Court, it is entitled to use any "joint" exhibit at trial without limitation, subject to Informatica's objections, as though it had separately lodged that exhibit with the Court. The parties have agreed that BODI may offer any "joint" exhibit into evidence even if Informatica removes that exhibit from its exhibit list or does not offer that exhibit into evidence during the trial. This agreement does not withdraw or in any way affect each party's objections to the other party's use of any "joint" exhibit.

The parties respectfully request that the Court grant this stipulation.

Dated: February 12, 2007

FENWICK & WEST LLP

By: /s/ Carolyn Chang
       Carolyn Chang

Lynn H. Pasahow (CSB NO. 054283)
 e-mail: lpasahow@fenwick.com
J. David Hadden (CSB NO. 176148)
 e-mail: dhadden@fenwick.com
Darren E. Donnelly (CSB NO. 194335)
 e-mail: ddonnelly@fenwick.com
Carolyn Chang (CSB NO. 217933)
 e-mail: cchang@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

DAVID D. SCHUMANN (CSB No. 223936)
 e-mail: dschumann@fenwick.com
DAVID M. LACY KUSTERS (CSB NO. 241335)
 e-mail: dlacykusters@fenwick.com
FENWICK & WEST LLP
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiff
INFORMATICA CORPORATION

STIPULATION AND [PROPOSED] ORDER RE: FILING AND USE OF "JOINT" EXHIBITS DESIGNATED BY BOTH PARTIES, CASE NO. C 02 3378 EDL

2

| | | |
|---|---|---|
| 1 | Dated: February 12, 2007 | TOWNSEND AND TOWNSEND AND CREW LLP |
| 2 | | |
| 3 | | By: /s/ Robert D. Tadlock |
| 4 | | Robert D. Tadlock |

TOWNSEND AND TOWNSEND AND CREW LLP
Daniel J. Furniss (State Bar No. 73531),
djfurniss@townsend.com
Joseph A. Greco (State Bar No. 104476),
jagreco@townsend.com
Peter H. Goldsmith (State Bar No. 91294),
phgoldsmith@townsend.com
Robert J. Artuz (State Bar No. 227789),
rjartuz@townsend.com
Robert D. Tadlock (State Bar No. 238479),
rdtadlock@townsend.com
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

FOUNTAINHEAD LAW GROUP
Chad R. Walsh (State Bar No. 214290),
crwalsh@townsend.com
900 Lafayette Street, Suite 509
Santa Clara, California 95050
Telephone: (408) 244-6319

Attorneys for Defendant and Counterclaimant
BUSINESS OBJECTS DATA INTEGRATION, INC.

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 12, 2007

Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION AND [PROPOSED] ORDER RE: FILING AND USE OF "JOINT" EXHIBITS DESIGNATED BY BOTH PARTIES, CASE NO. C 02 3378 EDL

3