1  TOWNSEND AND TOWNSEND AND CREW LLP
   DANIEL J. FURNISS (State Bar No. 73531), *djfurniss@townsend.com*
2  JOSEPH A. GRECO (State Bar No. 104476) *jagreco@townsend.com*
   PETER GOLDSMITH (State Bar No. 91294) phgoldsmith@townsend.com
3  ROBERT J. ARTUZ (State Bar No. 227789), *rjartuz@townsend.com*
   ROBERT D. TADLOCK (State Bar No. 238479), *rdtadlock@townsend.com*
4  379 Lytton Avenue
   Palo Alto, California  94301
5  Telephone: (650) 326-2400
   Facsimile: (650) 326-2422
6
   FOUNTAINHEAD LAW GROUP
7  CHAD R. WALSH (State Bar No. 214290) *crwalsh@townsend.com*
   900 Lafayette Street, Suite 509
8  Santa Clara, California 95050
   Telephone: (408) 244-6319
9
   Attorneys for Defendant and Counterclaimant
10 BUSINESS OBJECTS DATA INTEGRATIONS, INC.

11             UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
12                  SAN FRANCISCO DIVISION

| | |
|---|---|
| 13  INFORMATICA CORPORATION,<br>     a Delaware corporation,<br>14<br>15         Plaintiff and Counterdefendant,<br>16         v.<br>17  BUSINESS OBJECTS DATA<br>     INTEGRATION, INC., formerly known as<br>18  ACTA TECHNOLOGY, INC., a Delaware<br>     corporation,<br>19<br>            Defendant and Counterclaimant.<br>20 | Case No.   C 02 3378 EDL<br><br>**DEFENDANT BUSINESS OBJECTS DATA INTEGRATION INC.'S ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM AND** ~~**PROPOSED**~~ **ORDER**<br><br>Date:   February 20, 2007<br>Time:   10:30 AM<br>Place:  Courtroom of the Honorable<br>        Elizabeth D. Laporte |

21

22         Pursuant to Local Rule 7-10 Defendant and Counterclaimant Business Objects Data

23 Integration, Inc., by its counsel, respectfully makes this Miscellaneous Administrative Request for an

24 order permitting delivery to the courtroom and use of the following electronic equipment at the

25 pretrial conference scheduled for Tuesday, February 20, 2007 in the courtroom of the Honorable

26 Elizabeth D. Laporte:

27

28

1.  One (1) Laptop

2.  One (1) digital projector

DATED:  February 15, 2007          Respectfully submitted,


                                   By:    /s/ Robert D. Tadlock
                                          Robert D. Tadlock
                                   TOWNSEND AND TOWNSEND AND CREW LLP
                                   379 Lytton Avenue
                                   Palo Alto, California  94301
                                   Telephone: (650) 326-2400
                                   Facsimile: (650) 326-2422

                                   Attorneys for Defendant and Counterclaimant


GOOD CAUSE APPEARING THEREFOR, it is so ordered:

February 16, 2007                  _____
                                   Elizabeth D. Laporte
                                   Mag. Judge of the United States District Court

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

60984474 v1

DEFENDANT BODI'S ADMIN REQUEST TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM         - 2 -
CASE NO.C 02 3378 (EDL)