| | |
|---|---|
| 1 | LYNN H. PASAHOW (CSB NO. 054283) |
| | e-mail: lpasahow@fenwick.com |
| 2 | J. DAVID HADDEN (CSB NO. 176148) |
| | e-mail: dhadden@fenwick.com |
| 3 | DARREN E. DONNELLY (CSB NO. 194335) |
| | e-mail: ddonnelly@fenwick.com |
| 4 | CAROLYN CHANG (CSB NO. 217933) |
| | e-mail: cchang@fenwick.com |
| 5 | RYAN A. TYZ (CSB NO. 234895) |
| | e-mail: rtyz@fenwick.com |
| 6 | FENWICK & WEST LLP |
| | Silicon Valley Center |
| 7 | 801 California Street |
| | Mountain View, CA 94041 |
| 8 | Telephone: (650) 988-8500 |
| | Facsimile: (650) 938-5200 |

DAVID D. SCHUMANN (CSB No. 223936)
  e-mail: dschumann@fenwick.com
ALBERT L. SIEBER (CSB No. 233482)
  e-mail: asieber@fenwick.com
DAVID M. LACY KUSTERS (CSB NO. 241335)
  e-mail: dlacykusters@fenwick.com
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 875-2300
Facsimile:    (415) 281-1350

Attorneys for Plaintiff
INFORMATICA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFORMATICA CORPORATION, a Delaware corporation, | Case No. C 02-03378 EDL |
| Plaintiff, | **PLAINTIFF INFORMATICA CORPORATION'S ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM AND** ~~**PROPOSED**~~ **ORDER** |
| v. | |
| BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation, | |
| Defendant. | Date: February 20, 2007<br>Time: 10:30 a.m.<br>Place: Courtroom of the Hon. Elizabeth D. Laporte |
| AND RELATED COUNTERCLAIMS. | |

Pursuant to Local Rule 7-10, Plaintiff Informatica Corporation, by its counsel, respectfully makes this Administrative Request for an order permitting delivery to the courtroom and use of the following equipment at the pretrial conference scheduled for Tuesday February 20, 2007 in the courtroom of the Honorable Elizabeth D. Laporte:

- One laptop; and
- One digital projector.

Dated:  February 15, 2007                         FENWICK & WEST LLP


By: ___*/s/ David M. Lacy Kusters*___
　　　　　　David M. Lacy Kusters

Attorneys for Plaintiff
INFORMATICA CORPORATION


GOOD CAUSE APPEARING THEREFOR, it is so ordered:

Dated:  February __16__, 2007

By: _____
　　IT IS SO ORDERED
　　*Elizabeth D. Laporte*
　　United States Magistrate Judge Elizabeth D. Laporte

ADMIN REQ TO BRING EQUIPMENT                   2                    CASE NO. C 02-3378 EDL