LYNN H. PASAHOW (CSB NO. 054283)
e-mail: lpasahow@fenwick.com
J. DAVID HADDEN (CSB NO. 176148)
e-mail: dhadden@fenwick.com
DARREN E. DONNELLY (CSB NO. 194335)
e-mail: ddonnelly@fenwick.com
CAROLYN CHANG (CSB NO. 217933)
e-mail: cchang@fenwick.com
RYAN A. TYZ (CSB NO. 234895)
e-mail: rtyz@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

DAVID D. SCHUMANN (CSB No. 223936)
e-mail: dschumann@fenwick.com
DAVID M. LACY KUSTERS (CSB NO. 241335)
e-mail: dlacykusters@fenwick.com
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 875-2300
Facsimile:    (415) 281-1350

Attorneys for Plaintiff
INFORMATICA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFORMATICA CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation,<br><br>Defendant. | Case No.  C 02-03378 EDL<br><br>**STATEMENT AND [PROPOSED] ORDER DISMISSING THE '990 PATENT, AND RELATED DEFENSES AND COUNTERCLAIMS**<br><br>Trial Date:    March 12, 2006 |
| AND RELATED COUNTERCLAIMS. | |

STATEMENT OF NON-ASSERTION AND [PROPOSED] ORDER

CASE NO. C 02-3378 EDL

Pursuant to this Court's repeated suggestion, to avoid confusion of the issues at trial between the patents-in-suit, Informatica Corporation ("Informatica") respectfully submits this Statement of Non-Assertion of U.S. Patent 6,208,990 ("the '990 Patent") and [Proposed] Order dismissing the '990 patent, and related defenses and counterclaims, from this case. Defendant Business Objects Data Integration, Inc. ("BODI") does not object to this statement and dismissal.

## STATEMENT OF NON-ASSERTION

Informatica Corporation hereby unconditionally agrees not to assert against Defendant Business Objects Data Integration, Inc. ("BODI") any claim for liability for infringement of the '990 Patent for its activities respecting the accused Data Integrator products in this case as they exist today or have existed in the past.

Dated: February 21, 2007                     FENWICK & WEST LLP


                                             By:        /s/ Carolyn Chang
                                                          Carolyn Chang

                                             Attorneys for Plaintiff
                                             INFORMATICA CORPORATION

# [PROPOSED] ORDER

Pursuant to Plaintiff Informatica's Statement of Non-Assertion, the Court hereby orders that:

1. Plaintiff Informatica's infringement claims on the '990 Patent are dismissed from this action with prejudice;

2. Defendant BODI's counterclaims on the '990 patent are dismissed from this action without prejudice; and

3. The parties to this action are prohibited from presenting any evidence or argument at trial concerning the '990 patent.

IT IS SO ORDERED.

Dated: February _26_, 2007         By: 
                                       Judge Elizabeth D. Laporte

STATEMENT OF NON-ASSERTION AND [PROPOSED] ORDER        3        CASE NO. C 02-3378 EDL