LYNN H. PASAHOW (CSB NO. 054283)
  e-mail: lpasahow@fenwick.com
J. DAVID HADDEN (CSB NO. 176148)
  e-mail: dhadden@fenwick.com
DARREN E. DONNELLY (CSB NO. 194335)
  e-mail: ddonnelly@fenwick.com
CAROLYN CHANG (CSB NO. 217933)
  e-mail: cchang@fenwick.com
RYAN A. TYZ (CSB NO. 234895)
  e-mail: rtyz@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

DAVID D. SCHUMANN (CSB No. 223936)
  e-mail: dschumann@fenwick.com
ALBERT L. SIEBER (CSB No. 233482)
  e-mail: asieber@fenwick.com
DAVID M. LACY KUSTERS (CSB NO. 241335)
  e-mail: dlacykusters@fenwick.com
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 875-2300
Facsimile:     (415) 281-1350

Attorneys for Plaintiff
INFORMATICA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFORMATICA CORPORATION, a Delaware corporation,<br><br>                  Plaintiff,<br><br>     v.<br><br>BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation,<br><br>                  Defendant. | Case No.  C 02-03378 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR INFORMATICA TO SUBMIT REVISED DAMAGES EXPERT REPORT** |

INFORMATICA'S MOTION TO EXTEND
TIME TO SUBMIT REVISED DAMAGES
EXPERT REPORT

C 02-03378 EDL

1    Pursuant to Civil Local Rule 6-2(a), Plaintiff Informatica Corp. ("Informatica") and
2 Defendant Business Objects Data Integration, Inc. ("BODI") hereby stipulate that Informatica be
3 allowed additional time to prepare and submit a revised damages expert analysis.

4    Pursuant to this Court's February 23, 2007 Order Following the Pretrial Conference,
5 BODI was required to provide Informatica with accurate data on which Informatica is to base its
6 damages calculations by February 23. Informatica was given one week from the date of BODI's
7 production to submit a revised damages analysis. Accordingly, Informatica was to provide a
8 revised expert analysis by March 2, 2007. *See* Declaration of Carolyn Chang in Support of
9 Stipulation to Extend Time ("Chang Decl.") ¶ 2. On February 23, 2007, BODI provided a letter
10 addressing a subset of transactions, and indicated that it is diligently gathering information
11 regarding the remaining transactions. *See Id*. ¶ 3. BODI indicates that it expects to provide more
12 information on Monday, February 26 and possibly additional data thereafter. *Id*., Ex. A. As
13 Informatica is still awaiting information from BODI, Informatica cannot assess when it will be
14 able to complete preparation of a revised damages report based on accurate information. *Id*. ¶ 4.
15 Therefore, the parties stipulate that Informatica may have until 5 days after BODI confirms
16 production is complete to submit its revised expert report so that Informatica will not be
17 prejudiced by any subsequent production of data by BODI. *Id*. This extension of time will not
18 affect other dates set by the Court. *Id*. ¶ 5.

19    In accordance with Civil Local Rule 6-2(a), attached hereto is a Declaration of Carolyn
20 Chang setting forth (i) the reasons for the requested enlargement, (ii) disclosure of all previous
21 modifications in the case, and (iii) a description of the effect of the requested time modification
22 on the schedule for the case.

23    **IT IS HEREBY STIPULATED,** by and between the parties, through their respective
24 counsel that:

25    Informatica Corporation shall have until 5 days after BODI confirms that production of
26 accurate damages data is complete to submit a revised damages expert analysis based upon the
27 revised data.
28

INFORMATICA'S MOTION TO EXTEND
TIME TO SUBMIT REVISED DAMAGES           2                           C 02-03378 EDL
EXPERT REPORT

1  Dated: February 26, 2007                           FENWICK & WEST LLP

3                                                     By:      /s/ Carolyn Chang
                                                                  Carolyn Chang

   Attorneys for Plaintiff
5  INFORMATICA CORPORATION

7  Dated: February 26, 2007                           TOWNSEND AND TOWNSEND AND
                                                      CREW LLP

10                                                    By:      /s/ Leonard J. Augustine
                                                                  Leonard J. Augustine

   Attorneys for Defendant
12 BUSINESS OBJECTS DATA
   INTEGRATION, INC.

INFORMATICA'S MOTION TO EXTEND
TIME TO SUBMIT REVISED DAMAGES          3                              C 02-03378 EDL
EXPERT REPORT

## [PROPOSED] ORDER

The Court having reviewed the Stipulation, hereby, for good cause shown, orders:

1.  Informatica Corporation shall have until 5 days after BODI confirms that production of accurate damages data is complete to submit a revised damages expert analysis based upon the revised data.

**IT IS SO ORDERED**.

Dated: February 27, 2007



Judge Elizabeth D. Laporte

INFORMATICA'S MOTION TO EXTEND
TIME TO SUBMIT REVISED DAMAGES             4             C 02-03378 EDL
EXPERT REPORT