UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INFORMATICA CORPORATION

    Plaintiff,

    v.

BUSINESS OBJECTS DATA INTEGRATION, INC.

    Defendant.

No. C 02-03378 EDL

ORDER REQUIRING PARTIES TO PROPOSE STIPULATED STATEMENT OF THE CASE

Trial Date: March 12, 2007

Having sustained Plaintiff's objection to allowing the parties to make brief opening statements during voir dire, the Court will read a brief statement describing the nature of the case to prospective jurors prior to voir dire. The parties shall meet and confer and provide the Court with a joint proposed statement. If possible, please do so before the March 6, 2007 pretrial conference.

IT IS SO ORDERED.

Dated: March 2, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge