TOWNSEND AND TOWNSEND AND CREW LLP
DANIEL J. FURNISS (State Bar No. 73531), *djfurniss@townsend.com*
JOSEPH A. GRECO (State Bar No. 104476) *jagreco@townsend.com*
PETER GOLDSMITH (State Bar No. 91294) phgoldsmith@townsend.com
ROBERT J. ARTUZ (State Bar No. 227789), *rjartuz@townsend.com*
ROBERT D. TADLOCK (State Bar No. 238479), *rdtadlock@townsend.com*
379 Lytton Avenue
Palo Alto, California  94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Defendant and Counterclaimant
BUSINESS OBJECTS DATA INTEGRATIONS, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| INFORMATICA CORPORATION, a Delaware corporation, <br><br> Plaintiff and Counterdefendant, <br><br> v. <br><br> BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation, <br><br> Defendant and Counterclaimant. | Case No.    C 02 3378 EDL <br><br> **DEFENDANT BUSINESS OBJECTS DATA INTEGRATION INC.'S ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM AND ~~PROPOSED~~ ORDER** <br><br> Date:   March 6, 2007 <br> Time:   11:00 AM <br> Place:  Courtroom of the Honorable <br> Elizabeth D. Laporte |

Pursuant to Local Rule 7-10 Defendant and Counterclaimant Business Objects Data

Integration, Inc., by its counsel, respectfully makes this Miscellaneous Administrative Request for an

order permitting delivery to the courtroom and use of the following electronic equipment at the

pretrial conference scheduled for Tuesday, March 6, 2007 in the courtroom of the Honorable Elizabeth

D. Laporte:

    1.       Two (2) Laptops

    2.       One (1) digital projector

1    DATED:  March 2, 2007                Respectfully submitted,

2

3

4                                         By:    /s/ Robert D. Tadlock
                                                 Robert D. Tadlock
5                                         TOWNSEND AND TOWNSEND AND CREW LLP
                                          379 Lytton Avenue
6                                         Palo Alto, California  94301
                                          Telephone: (650) 326-2400
7                                         Facsimile: (650) 326-2422

8                                         Attorneys for Defendant and Counterclaimant

9

10

11   GOOD CAUSE APPEARING THEREFOR, it is so ordered:

12

13   March _5_, 2007                      _____

14                                        Elizabeth D. Laporte
                                          Mag. Judge of the District Court

15                                        IT IS SO ORDERED
                                          Elizabeth D. Laporte
16                                        Judge Elizabeth D. Laporte

17   60995982 v1

18

19

20

21

22

23

24

25

26

27

28