1  LYNN H. PASAHOW (CSB NO. 054283)
     e-mail: lpasahow@fenwick.com
2  J. DAVID HADDEN (CSB NO. 176148)
     e-mail: dhadden@fenwick.com
3  DARREN E. DONNELLY (CSB NO. 194335)
     e-mail: ddonnelly@fenwick.com
4  CAROLYN CHANG (CSB NO. 217933)
     e-mail: cchang@fenwick.com
5  RYAN A. TYZ (CSB NO. 234895)
     e-mail: rtyz@fenwick.com
6  FENWICK & WEST LLP
   Silicon Valley Center
7  801 California Street
   Mountain View, CA  94041
8  Telephone: (650) 988-8500
   Facsimile:  (650) 938-5200
9
   DAVID D. SCHUMANN (CSB No. 223936)
10    e-mail: dschumann@fenwick.com
   ALBERT L. SIEBER (CSB No. 233482)
11    e-mail: asieber@fenwick.com
   DAVID M. LACY KUSTERS (CSB NO. 241335)
12    e-mail: dlacykusters@fenwick.com
   FENWICK & WEST LLP
13 555 California Street, Suite 1200
   San Francisco, CA 94104
14 Telephone:    (415) 875-2300
   Facsimile:    (415) 281-1350
15
   Attorneys for Plaintiff
16 INFORMATICA CORPORATION

17                      UNITED STATES DISTRICT COURT

18                     NORTHERN DISTRICT OF CALIFORNIA

19                          SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  INFORMATICA CORPORATION, a Delaware corporation, | Case No. C 02-03378 EDL |
| 21 | |
| 22            Plaintiff, | **PLAINTIFF INFORMATICA CORPORATION'S ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM AND ~~PROPOSED~~ ORDER** |
| 23      v. | |
| 24  BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation, | |
| 25 | Date:  March 6, 2007 |
| 26            Defendant. | Time:  11:00 a.m.<br>Place: Courtroom of the Hon. Elizabeth D. Laporte |
| 27  AND RELATED COUNTERCLAIMS. | |
| 28 | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1   Pursuant to Local Rule 7-10, Plaintiff Informatica Corporation, by its counsel, respectfully
2   makes this Administrative Request for an order permitting delivery to the courtroom and use of
3   the following equipment at the pretrial conference scheduled for Tuesday March 6, 2007 in the
4   courtroom of the Honorable Elizabeth D. Laporte:

- Two laptops; and
- One digital projector.

Dated: March 2, 2007                    FENWICK & WEST LLP

By: */s/ David M. Lacy Kusters*
    David M. Lacy Kusters

Attorneys for Plaintiff
INFORMATICA CORPORATION

GOOD CAUSE APPEARING THEREFOR, it is so ordered:

Dated: March __5__, 2007

By: _____



IT IS SO ORDERED
Judge Elizabeth D. Laporte

ADMIN REQ TO BRING EQUIPMENT           2                    CASE NO. C 02-3378 EDL