LYNN H. PASAHOW (CSB NO. 054283)
  e-mail: lpasahow@fenwick.com
J. DAVID HADDEN (CSB NO. 176148)
  e-mail: dhadden@fenwick.com
DARREN E. DONNELLY (CSB NO. 194335)
  e-mail: ddonnelly@fenwick.com
CAROLYN CHANG (CSB NO. 217933)
  e-mail: cchang@fenwick.com
RYAN A. TYZ (CSB NO. 234895)
  e-mail: rtyz@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

DAVID D. SCHUMANN (CSB No. 223936)
  e-mail: dschumann@fenwick.com
ALBERT L. SIEBER (CSB No. 233482)
  e-mail: asieber@fenwick.com
DAVID M. LACY KUSTERS (CSB NO. 241335)
  e-mail: dlacykusters@fenwick.com
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350

Attorneys for Plaintiff
INFORMATICA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFORMATICA CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 02-03378 EDL<br><br>**PLAINTIFF INFORMATICA CORPORATION'S ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM AND [PROPOSED] ORDER**<br><br>Date:    March 9, 2007<br>Time:    1:00 p.m.<br>Place:   Courtroom of the Hon. Elizabeth D. Laporte |
| AND RELATED COUNTERCLAIMS. | |

ADMIN REQ TO BRING EQUIPMENT                                                                                     CASE NO. C 02-3378 EDL

Pursuant to Local Rule 7-10, Plaintiff Informatica Corporation, by its counsel, respectfully makes this Administrative Request for an order permitting delivery to the courtroom and use of the following equipment in preparation for scheduled Trial for Monday March 12, 2007 in the courtroom of the Honorable Elizabeth D. Laporte:

- Seven laptops;
- One ELMO HV-5000;
- Eleven NEC 17" flatpanel displays;
- Four flatpanel floor stands;
- One Sanyo 4500 lumens LCD projector;
- One Da-lite 8' projection screen;
- Three Extron ADA 6 distribution amps;
- One 6x1 switcher;
- One Shure mixer
- Two Anchor Powered Speakers;
- Two easels;
- One Pointmaker; and
- Miscellaneous stands, carts, cables, skirts, etc.

Dated: March 7, 2007                                         FENWICK & WEST LLP


                                                             By:   */s/ David M. Lacy Kusters*
                                                                         David M. Lacy Kusters

                                                             Attorneys for Plaintiff
                                                             INFORMATICA CORPORATION

GOOD CAUSE APPEARING THEREFOR, it is so ordered:

Dated: March __8__, 2007

By: _____
    Judge Elizabeth D. Laporte

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

ADMIN REQ TO BRING EQUIPMENT         3         CASE NO. C 02-3378 EDL