1  TOWNSEND AND TOWNSEND AND CREW LLP
   DANIEL J. FURNISS (State Bar No. 73531), *djfurniss@townsend.com*
2  JOSEPH A. GRECO (State Bar No. 104476) *jagreco@townsend.com*
   PETER GOLDSMITH (State Bar No. 91294) phgoldsmith@townsend.com
3  ROBERT J. ARTUZ (State Bar No. 227789), *rjartuz@townsend.com*
   ROBERT D. TADLOCK (State Bar No. 238479), *rdtadlock@townsend.com*
4  379 Lytton Avenue
   Palo Alto, California  94301
5  Telephone: (650) 326-2400
   Facsimile: (650) 326-2422
6

7  Attorneys for Defendant and Counterclaimant
   BUSINESS OBJECTS DATA INTEGRATIONS, INC.
8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| INFORMATICA CORPORATION, a Delaware corporation, | Case No.   C 02 3378 EDL |
| Plaintiff and Counterdefendant, | **DEFENDANT BUSINESS OBJECTS DATA INTEGRATION INC.'S ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM AND** ~~PROPOSED~~ **ORDER** |
| v. | |
| BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation, | Date:   March 9, 2007 & March 12 through April 6, 2007 Place:   Courtroom of the Honorable Elizabeth D. Laporte |
| Defendant and Counterclaimant. | |

Pursuant to Local Rule 7-10 Defendant and Counterclaimant Business Objects Data Integration, Inc., by its counsel, respectfully makes this Miscellaneous Administrative Request for an order permitting delivery to the courtroom and use of the following electronic equipment at the trial scheduled for March 12 through April 6, 2007 in the courtroom of the Honorable Elizabeth D. Laporte, with bookcarts, binders, boxes of documents and some laptops as listed below:

1.      Bookcarts, binders, boxes of documents (multiple) and seven (7) laptops daily beginning March 9, 2007 through April 6, 2007 for trial in the above matter.

DATED:  March 7, 2007            Respectfully submitted,

By:     /s/ Robert D. Tadlock
        Robert D. Tadlock
        TOWNSEND AND TOWNSEND AND CREW LLP
        379 Lytton Avenue
        Palo Alto, California  94301
        Telephone: (650) 326-2400
        Facsimile: (650) 326-2422

        Attorneys for Defendant and Counterclaimant

GOOD CAUSE APPEARING THEREFOR, it is so ordered:

March _8_, 2007

Elizabeth D. Laporte
Mag. Judge of the United States District Court

IT IS SO ORDERED
Judge Elizabeth D. Laporte

61000075 v1