1  LYNN H. PASAHOW (CSB NO. 054283)
     e-mail: lpasahow@fenwick.com
2  J. DAVID HADDEN (CSB NO. 176148)
     e-mail: dhadden@fenwick.com
3  DARREN E. DONNELLY (CSB NO. 194335)
     e-mail: ddonnelly@fenwick.com
4  CAROLYN CHANG (CSB NO. 217933)
     e-mail: cchang@fenwick.com
5  RYAN A. TYZ (CSB NO. 234895)
     e-mail: rtyz@fenwick.com
6  FENWICK & WEST LLP
   Silicon Valley Center
7  801 California Street
   Mountain View, CA  94041
8  Telephone: (650) 988-8500
   Facsimile:  (650) 938-5200

10 DAVID D. SCHUMANN (CSB No. 223936)
     e-mail: dschumann@fenwick.com
   ALBERT L. SIEBER (CSB No. 233482)
11   e-mail: asieber@fenwick.com
   DAVID M. LACY KUSTERS (CSB NO. 241335)
12   e-mail: dlacykusters@fenwick.com
   FENWICK & WEST LLP
13 555 California Street, Suite 1200
   San Francisco, CA 94104
14 Telephone:    (415) 875-2300
   Facsimile:    (415) 281-1350

Attorneys for Plaintiff
16 INFORMATICA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFORMATICA CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 02-03378 EDL<br><br>**PLAINTIFF INFORMATICA CORPORATION'S ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM AND [~~PROPOSED~~] ORDER**<br><br>Date:   March 12, 2007<br>Time:  8:00 a.m.<br>Place:  Courtroom of the Hon. Elizabeth D. Laporte |

1  Pursuant to Local Rule 7-10, Plaintiff Informatica Corporation, by its counsel, respectfully
2  makes this Administrative Request for an order permitting delivery to the courtroom and use of
3  the following equipment throughout trial, from Monday, March 12, 2007 through Friday, April
4  13, 2007, in the courtroom of the Honorable Elizabeth D. Laporte:

- Seven laptops; and
- Miscellaneous carts, boxes, binders, etc.

Dated: March 8, 2007                     FENWICK & WEST LLP


By: */s/ David M. Lacy Kusters*
      David M. Lacy Kusters

Attorneys for Plaintiff
INFORMATICA CORPORATION

GOOD CAUSE APPEARING THEREFOR, it is so ordered:

Dated: March __8__, 2007

By: 
IT IS SO ORDERED
Judge Elizabeth D. Laporte

ADMIN REQ TO BRING EQUIPMENT        2        CASE NO. C 02-3378 EDL