IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFORMATICA CORPORATION, | No. C 02-03378  EDL |
| Plaintiff, | **ORDER** |
| v. | |
| BUSINESS OBJECTS DATA INTEGRATION, INC., | |
| Defendants.   / | |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments for the members of the jury in the above-entitled matter beginning March 13, 2007, at 8:00 a.m. for the duration of the trial, at the expense of the United States.

Dated: March 9, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge