| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | DANIEL J. FURNISS (State Bar No. 73531), *djfurniss@townsend.com* |
| 2 | JOSEPH A. GRECO (State Bar No. 104476) *jagreco@townsend.com* |
| | PETER GOLDSMITH (State Bar No. 91294) phgoldsmith@townsend.com |
| 3 | ROBERT J. ARTUZ (State Bar No. 227789), *rjartuz@townsend.com* |
| | ROBERT D. TADLOCK (State Bar No. 238479), *rdtadlock@townsend.com* |
| 4 | 379 Lytton Avenue |
| | Palo Alto, California  94301 |
| 5 | Telephone: (650) 326-2400 |
| | Facsimile: (650) 326-2422 |

Attorneys for Defendant and Counterclaimant
BUSINESS OBJECTS DATA INTEGRATIONS, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INFORMATICA CORPORATION, a Delaware corporation, | Case No.   C 02 3378 EDL |
| Plaintiff and Counterdefendant, | **DEFENDANT BUSINESS OBJECTS DATA INTEGRATION INC.'S ADMINISTRATIVE REQUEST TO BRING A CAMERA INTO THE COURTROOM AND** ~~PROPOSED~~ **ORDER** |
| v. | |
| BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation, | Date:   March 12, 2007 Time:   8:00 AM Place:  Courtroom of the Honorable Elizabeth D. Laporte |
| Defendant and Counterclaimant. | |

Pursuant to Local Rule 7-10 Defendant and Counterclaimant Business Objects Data Integration, Inc., by its counsel, respectfully makes this Miscellaneous Administrative Request for an order permitting defendants, Business Objects Data Integration, Inc. ("BODI") to bring a digital camera into the courtroom of the Hon. Elizabeth D. Laporte for use during the trial beginning on March 12, 2007.  The camera will be used to photograph demonstrative exhibits during the trial proceedings by BODI's attorneys, Townsend personnel and representatives of Fulcrum Legal Graphics.

1 | DATED: March 2, 2007            Respectfully submitted,

 

 

                                        By:   /s/ Robert D. Tadlock
                                                  Robert D. Tadlock
                                              TOWNSEND AND TOWNSEND AND CREW LLP
                                              379 Lytton Avenue
                                              Palo Alto, California 94301
                                              Telephone: (650) 326-2400
                                              Facsimile: (650) 326-2422

                                              Attorneys for Defendant and Counterclaimant

GOOD CAUSE APPEARING THEREFOR, it is so ordered:

March 12, 2007

                                            Elizabeth D. Laporte
                                            Mag. Judge of the

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Elizabeth D. Laporte]*

61002758 v1