UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INFORMATICA CORPORATION

    Plaintiff,

v.

BUSINESS OBJECTS DATA INTEGRATION, INC.

    Defendant.
_____/

No. C 02-03378 EDL

ORDER RE LUNCH FOR JURORS DURING TRIAL

As stipulated by the parties on March 14, 2007, lunch for the jurors will be provided everyday in the jury room of Courtroom D. The costs will be split evenly between the parties. The courthouse security personnel are requested to allow Waiters on Wheels access to deliver every day at 10:00 AM starting March 15 and ending April 6, 2007.

IT IS SO ORDERED.

Dated: March 15, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge