UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL TRIAL MINUTES**

**ELIZABETH D. LAPORTE**  Date: **March 29, 2007**
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**   **C**-02-03378 EDL

**Title:**   INFORMATICA CORPORATION v. BUSINESS OBJECTS DATA INTEGRATION, INC.

**Attorneys:**   Plaintiff: Lynn Pasahow, J. David Hadden, Darren Donnelly, Carolyn Chang
Defendants: Daniel Furniss, Peter Goldsmith, Robert Tadlock, Robert Artuz

**Deputy Clerk:**   Lili M. Harrell     **Court Reporter:** Connie Kuhl

**TRIAL CONTINUES:**   **March 29, 2007**     **DISPOSITION:**

**PROCEEDINGS:**
 **- Jury Instructions**
 **- Closing Arguments**
 **- Jury to begin deliberations March 30, 2007**

**WITNESSES CALLED:**

**PLAINTIFF'S ADMITTED EXHIBITS:**

**DEFENDANT'S ADMITTED EXHIBITS:**

**VERDICT:**

Notes: