TOWNSEND
and
TOWNSEND
and
CREW
LLP

Palo Alto

379 Lytton Avenue
Palo Alto, California 94301-1431
Tel 650.326.2400
Fax 650.326.2422

djfurniss@townsend.com



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

April 17, 2007

April 16, 2007

Honorable Joseph C. Spero
Judge, United States District Court
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, CA  94111

Re:   Informatica v. Business Objection Data Integration, Inc.
      Case No. C 02-03378 EDL (JCS)

Dear Judge Spero:

This case has been referred to you for a Settlement Conference on Wednesday, April 25, 2007, at 9:30 a.m.

The parties jointly request the order for the Settlement Conference be modified in two respects:

1.   The parties' Settlement Conference Statements be lodged with Your Honor's chambers on Friday, April 20th (currently, April 18th); ~~and~~ NO LATER THAN 2:00 P.M.; and

2.   The date for plaintiff's demand be April 16th and for defendant's response be April 20th, at 10:00 a.m.

Thank you for your consideration.

Fenwick and West                          Townsend and Townsend and Crew LLP

By: /s/  by permission                    By: 
    Lynn Pasahow                              Daniel J. Furniss
    Attorneys for Plaintiff Informatica Corp.  Attorneys for Business Objects Data
                                              Integration, Inc.

61030846v1