**United States District Court**
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                   NORTHERN DISTRICT OF CALIFORNIA
7
8   INFORMATICA CORPORATION
9           Plaintiff,                         No. C 02-03378 EDL
10          v.                                 ORDER SETTING BRIEFING SCHEDULE
    BUSINESS OBJECTS DATA
11  INTEGRATION, INC.
12          Defendant.
    _____/
13
14          The parties shall file simultaneous briefs regarding the impact on this action of the Supreme

15  Court's ruling in Microsoft v. AT&T, -- S.Ct. --, 2007 WL 1237838, by 3 p.m., May 4, 2007.

16  IT IS SO ORDERED.

17  Dated:  April 30, 2007
                                        _Elizabeth D. Laporte_____
18                                      ELIZABETH D. LAPORTE
                                        United States Magistrate Judge
19
20
21
22
23
24
25
26
27
28