United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INFORMATICA CORPORATION

      Plaintiff,

      v.

BUSINESS OBJECTS DATA INTEGRATION, INC.

      Defendant.
_____/

No. C 02-03378 EDL

**ORDER VACATING BRIEFING SCHEDULE**

The briefing schedule for post-trial motions that was set at the May 8, 2007 hearing is vacated.

IT IS SO ORDERED.

Dated: May 11, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge