**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INFORMATICA CORPORATION,

       Plaintiff,                No. C-02-3378 EDL

       v.

                                **JUDGMENT**

BUSINESS OBJECTS DATA
INTEGRATION, INC.,

       Defendant.

_____/

     This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the

issues have been duly heard and considered and a decision having been fully rendered,

   IT IS ORDERED AND ADJUDGED that in accordance with the Court's May 16, 2007

Judgment, the Plaintiff's September 10, 2007 acceptance of the Court's remittitur and the Court's

October 29, 2007 Order Denying Defendant's Motion for Renewed JMOL; Denying as Moot

Defendant's Motion for New Trial; and Declining to Enhance Damages, judgment is entered in

favor of Plaintiff in the total amount of $12,115,200.

Dated: October 29, 2007

                               *Elizabeth D. Laporte*
                                _____
                               ELIZABETH D. LAPORTE
                               United States Magistrate Judge