UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFORMATICA CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUSINESS OBJECTS DATA INTEGRATION, INC., formerly known as ACTA TECHNOLOGY, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 02-03378 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER RE PREJUDGMENT INTEREST** |
| AND RELATED COUNTERCLAIMS. | |

WHEREAS, the Court has granted Plaintiff Informatica Corporation's request for prejudgment interest (*see* Docket No. 693 at 13-14 and Docket No. 740 at 2-3);

WHEREAS, the Court ordered the parties to meet and confer about the amount of prejudgment interest and propose a stipulation to the Court (*see* Docket No. 740 at 2-3);

WHEREAS, the parties have met and conferred and reached an agreement as to the amount of prejudgment interest;

STIPULATION AND [PROPOSED] ORDER
RE PREJUDGMENT INTEREST

CASE NO. C 02-03378 EDL

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel that:

1. Plaintiff Informatica Corporation is entitled to prejudgment interest in the amount of $1,677,720.

Dated: December 17, 2007         FENWICK & WEST LLP

By:       /s/ Carolyn Chang
              Carolyn Chang

Lynn H. Pasahow (CSB NO. 054283)
 e-mail: lpasahow@fenwick.com
J. David Hadden (CSB NO. 176148)
 e-mail: dhadden@fenwick.com
Darren E. Donnelly (CSB NO. 194335)
 e-mail: ddonnelly@fenwick.com
Carolyn Chang (CSB NO. 217933)
 e-mail: cchang@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

DAVID D. SCHUMANN (CSB No. 223936)
 e-mail: dschumann@fenwick.com
DAVID M. LACY KUSTERS (CSB NO. 241335)
 e-mail: dlacykusters@fenwick.com
FENWICK & WEST LLP
275 Battery Street
San Francisco, CA 94111
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350

Attorneys for Plaintiff
INFORMATICA CORPORATION

| | | |
|---|---|---|
| 1 | Dated: December 17, 2007 | TOWNSEND AND TOWNSEND AND CREW LLP |

By:     /s/ Robert D. Tadlock
           Robert D. Tadlock

TOWNSEND AND TOWNSEND AND CREW LLP
Daniel J. Furniss (State Bar No. 73531),
djfurniss@townsend.com
Joseph A. Greco (State Bar No. 104476),
jagreco@townsend.com
Ian L. Saffer (pro hac vice),
ilsaffer@townsend.com
Robert J. Artuz (State Bar No. 227789),
rjartuz@townsend.com
Robert D. Tadlock (State Bar No. 238479),
rdtadlock@townsend.com
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

FOUNTAINHEAD LAW GROUP
Chad R. Walsh (State Bar No. 214290),
crwalsh@townsend.com
900 Lafayette Street, Suite 509
Santa Clara, California 95050
Telephone: (408) 244-6319

Attorneys for Defendant and Counterclaimant
BUSINESS OBJECTS DATA
INTEGRATION, INC.

**[PROPOSED] ORDER**

Pursuant to Stipulation of the parties, IT IS HEREBY ORDERED:

1. Plaintiff Informatica Corporation be awarded $1,677,720 in prejudgment interest.

Dated: _____          By:_____
                              Elizabeth D. Laporte
                              United States District Magistrate