NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1123, -1137

INFORMATICA CORPORATION,

E-filing

Plaintiff-Cross Appellant,

v.

BUSINESS OBJECTS DATA INTEGRATION, INC.
(formerly known as Acta Technology, Inc.),

Defendant-Appellant.

Lynn H. Pasahow, Fenwick & West, LLP, of Mountain View, California, argued for the plaintiff-cross appellant. With her on the brief were J. David Hadden, Darren E. Donnelly, Carolyn Chang; and Heather N. Mewes and David D. Schumann, of San Francisco, California. Of counsel were David M. Lacy Kusters, Fenwick & West, LLP, of San Francisco, California and Ryan A. Tyz, Fenwick & West, LLP, of Mountain View, California.

Daniel J. Furniss, Townsend and Townsend and Crew LLP, of San Francisco, California, argued for defendant-appellant. With him on the brief was Gregory S. Gilchrist.

Appealed from: United States District Court for the Northern District of California

Magistrate Judge Elizabeth D. Laporte

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1123, -1137

INFORMATICA CORPORATION,

Plaintiff-Cross Appellant,

v.

BUSINESS OBJECTS DATA INTEGRATION, INC.
(formerly known as Acta Technology, Inc.),

Defendant-Appellant.

# Judgment

ON APPEAL from the    United States District Court for the
Northern District of California

In CASE NO(S).    02-CV-03378.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER, GAJARSA and PROST, Circuit Judges):

**AFFIRMED**. See Fed. Cir. R. 36.

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 7 2008

**JAN HORBALY**
**CLERK**

ENTERED BY ORDER OF THE COURT

DATE: OCT 1 7 2008

Jan Horbaly, Clerk

**ISSUED AS A MANDATE:** DEC 0 8 2008

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: _____ Date: 12/8/08